UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2003 SEP -3 P 12: 37

US DISTRICT COURT
BRIDGEPORT CT

HENRY A KORSZUN; WOJTEK W. BOROWSKI and COMPUCLOZ CORPORATION
    Plaintiffs,

vs.

PUBLIC TECHNOLOGIES MULTIMEDIA, INC.;
J.C. PENNEY COMPANY, INC.;
MATTEL, INC. and/or
BRODERBUND SOFTWARE, INC.;
and LANDS' END, INC.,
    Defendants.

Civil Action Nos.
300CV327 (JCH)

September 3, 2003

## MOTION TO STRIKE REPLY MEMORANDUM REGARDING MOTION FOR AWARD OF ATTORNEYS FEES

Plaintiffs move to strike the "Reply Memorandum of Law In Further Support of Defendants' Motion For Award of Attorneys Fees."

In the "Reply Memorandum", Defendants present new facts and arguments that were not included in their opening motion and memorandum. In lengthy chunks of single spaced text, Defendants review the patent file history, Mr. Korszun's deposition, past settlement conferences, the parties contentions, expert reports, expert depositions, and submit an additional Declaration and copies of correspondence pertaining to Defendants' legal positions and settlement discussions.

[Handwritten annotations in margins: "Motion to Strike is denied. However, the plaintiff is given leave to file a 15 page response to the new matters raised by defendants. SO ORDERED. [signature] Dec. 10, 2003."]