UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HENRY A KORSZUN; WOJTEK W. BOROWSKI and COMPUCLOZ CORPORATION<br>Plaintiffs,<br><br>vs.<br><br>PUBLIC TECHNOLOGIES MULTIMEDIA, INC.;<br>J.C. PENNEY COMPANY, INC.;<br>MATTEL, INC. and/or<br>BRODERBUND SOFTWARE, INC.;<br>and LAND'S END, INC.,<br>Defendants. | Civil Action No.<br>300CV327 (JCH)<br><br><br>February 3, 2004 |

## PLAINTIFFS' REQUEST FOR LEAVE TO FILE PLAINTIFFS' SUR-REPLY REGARDING DEFENDANTS' MOTION FOR AWARD OF ATTORNEYS' FEES

The Court entered a Memorandum Endorsement (Docket No. 110) on November 24, 2003 granting Plaintiffs leave to file a brief of up to 15 pages by December 10, 2003 to respond to the Defendants Reply brief regarding their motion for an award of attorneys fees. The undersigned counsel for Plaintiff's received an email from the ECF system on December 3, 2003 but did not access a copy of the order until after the due date for response had passed. No paper copy of the order was received by mail and thus the offices of Plaintiff's counsel never docketed the due date for response at the time of the order. Plaintiffs request leave to file a Sur-Reply at this time, even though the accompanying Sur-Reply is not being not filed within the time specified in the Court's

original ruling. The proposed Sur-Reply is less than the fifteen (15) page limit established in the original order.

The Court has already given approval for filing of a Sur-Reply and has not yet ruled on the pending motion for attorneys fees. Thus it is respectfully requested that the Court grant Plaintiffs leave to file the accompanying Sur-Reply.

                Respectfully submitted,

_____
Stephen P. McNamara - ct01220
ST. ONGE STEWARD JOHNSTON & REENS
986 Bedford Street
Stamford, CT  06905
Tel. (203) 324-6155
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing

**PLAINTIFFS' REQUEST FOR LEAVE TO FILE
PLAINTIFFS' SUR-REPLY REGARDING DEFENDANTS' MOTION
FOR AWARD OF ATTORNEYS' FEES**

is being served on this date, by first class mail, postage prepaid, on the following counsel for defendants:

>William H. Bright
>McCarter & English, LLP
>CityPlace I, 36th Floor
>185 Asylum Street
>Hartford, CT 06103

And to

>Matthew D'Amore
>Morrison & Foerster LLP
>1290 Avenue of the Americas
>New York, New York 10104-0012

Date: February 3, 2004

_____
Stephen P. McNamara