# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

03-1544, -1588

HENRY A. KORSZUN and WOJTEK W. BOROWSKI,

Plaintiffs,

and

COMPUCLOZ CORPORATION,

Plaintiff-Appellant,

v.

PUBLIC TECHNOLOGIES MULTIMEDIA, INC.
(now known as My Virtual Model, Inc.), J.C. PENNEY COMPANY, INC.,
MATTEL, INC., BRODERBUND SOFTWARE, INC., and LANDS' END, INC.,

Defendants-Cross Appellants.

ORDER

NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public record.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b), as to the cross appeal, 03-1588, only.

FOR THE COURT,

*[signature]*

Jan Horbaly
Clerk

11/14/03

cc: Clerk's Office, DCT
Matthew M. D'Amore, Esq.
Stephen P. McNamara, Esq.

FILED
U.S COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 1 4 2003

JAN HORBALY
CLERK

ISSUED AS A MANDATE: 11/14/03 as to cross appeal 03-1588 only.

KORSZUN V PUBLIC TECHNOLOGIES, 03-1588
DCT - 00-CV-327 (JCH)

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: _____ Date: 11/14/03