4/27/04

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

~~TELEPHONIC STATUS CONFERENCE~~

Honorable Janet C. Hall, U. S. D. J.
915 Lafayette Boulevard
Bridgeport

STATUS CONFERENCE HELD
Date. 5/7/04

~~_____ 2004~~

~~2:00 p.m.~~

~~Case No. 3:00-cv-327 (JCH)   Korszun, et al v. Public Technologies, et al~~

William H. Bright Jr.
Moyahoena N. Ogilvie
McCarter & English
185 Asylum St.
Hartford, CT 06103-3495

James E. Hough
Matthew M. D'Amore
Morrison & Foerster
1290 Avenue Of The Americas
New York, NY 10104-0050

Stephen P. McNamara
St. Onge, Steward, Johnston & Reens
986 Bedford St.
Stamford, CT 06905-5619

Scott D. Wofsy
Edwards & Angell
Three Stamford Plaza
301 Tresser Boulevard, 13th FL.
Stamford, CT 06901

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Counsel are requested to participate in this conference via telephone. This conference
call is to be arranged between counsel. Once all parties are on the line,
please telephone chambers at (203) 579-5554.