UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 JUL -8  P 4: 45

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

| | |
|---|---|
| HENRY A KORSZUN; WOJTEK W. BOROWSKI and COMPUCLOZ CORPORATION <br><br> Plaintiffs, <br><br> vs. <br><br> PUBLIC TECHNOLOGIES MULTIMEDIA, INC.; J.C. PENNEY COMPANY, INC.; MATTEL, INC. and/or BRODERBUND SOFTWARE, INC.; and LANDS' END, INC. <br><br> Defendants. | Civil Action No. 3:00CV327 (JCH) <br><br><br><br><br><br><br> **STIPULATION, ORDER, AND PROPOSED FINAL JUDGMENT** |

WHEREAS this Action has been remanded to the District Court by Order of the United States Court of Appeals for the Federal Circuit dated March 26, 2004; and

WHEREAS the parties have agreed to seek the entry of a Final Judgment allowing the parties to appeal certain issues that are ripe for appellate review;

WHEREAS the Plaintiffs will therefore not oppose the filing by Defendants of First Amended Answers and Counterclaims in the Action to narrow the presentation of their counterclaims for appeal; and

WHEREAS the Defendants' will not oppose the filing by Plaintiffs of Replies to Defendants First Amended Counterclaims; and

WHEREAS the parties are submitting said filings herewith; and

WHEREAS the parties have agreed to the dismissal and entry of judgment as to the claims and the counterclaims in this Action, for the purpose of establishing a Final Judgment for

ny-568097

the purposes of appeal consistent with the March 26, 2004 Order and the Federal Circuit's decision in *Nystrom v. TREX Co., Inc.*, 339 F.3d 1347 (Fed. Cir. 2003);

IT IS HEREBY ORDERED that:

1. The Defendants' First Amended Answers and Counterclaims, and Plaintiffs' Replies to Defendants Amended Answers and Counterclaims, shall be deemed filed as of the date hereof.

2. Based on this Court's Decision of June 10, 2003, summary judgment of non-infringement was granted, and judgment shall be entered dismissing Plaintiffs' Complaint with prejudice and granting judgment in favor of Defendants on Count I of Defendants' First Amended Counterclaims.

3. Defendants have stipulated that this Court's Markman Ruling of August 30, 2002, and its Ruling on Defendants' Motion for Summary Judgment of Invalidity of the same date removed any genuine issue for trial relating to Count III of Defendants' First Amended Counterclaims, and, Defendants having consented, judgment shall be entered dismissing Count III of Defendants' First Amended Counterclaims with prejudice for the purposes of appealing therefrom.

4. All other Amended Counterclaims shall be dismissed without prejudice.

Respectfully submitted,

July 7, 2004
Date

_____
Stephen P. McNamara, ct01220
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, Connecticut 06905-5619
Phone: (203) 324-6155

ATTORNEYS FOR PLAINTIFFS

July 7, 2004
Date

_____
James Hough
Matthew M. D'Amore (ct18982)
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104-0012
Phone: (212) 468-8000

William H. Bright, Esq.
McCarter & English, LLP
CityPlace 1, 185 Asylum Street
Hartford, CT 06103
Phone: (860) 275-6767

ATTORNEYS FOR DEFENDANTS

SO ORDERED:

_____        _____
Date                    United States District Judge

3

ny-568097