St. Onge Steward Johnston & Reens LLC

FILED

986 Bedford Street
Stamford, Connecticut 06905-5619
(203) 324 6155
(203) 327 1096
ssjr.com

2004 JUL 16 P 2: 47

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

July 7, 2004

VIA FEDERAL EXPRESS
TRK NO. 791881709510

Honorable Janet C. Hall
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

Re:   Henry A. Korszun et. al. vs.
      Public Technologies Multimedia, Inc. et. al.
      Civil Case No. 300CV327 (JCH)
      SSJR File No. 2417-L0011A

Dear Judge Hall:

In accordance with the conference call with the Court held on June 29, 2004, the parties are submitting the following original documents for filing in the above action:

- Stipulation, Order And Proposed Final Judgment (executed by both parties)
- Final Judgment (for entry by the Court)
- First Answer & Amended Counterclaims Of Defendants Mattel, Inc. And Broderbund Software, Inc.
- Reply To First Amended Counterclaims Of Mattel, Inc. And Broderbund Software, Inc.
- First Answer & Amended Counterclaims Of Defendant JC Penney Company, Inc.
- Reply To First Amended Counterclaims Of JC Penny Company, Inc.
- First Answer & Amended Counterclaims Of Defendant Lands' End, Inc.
- Reply To First Amended Complaint Of Land's End, Inc.
- First Answer & Amended Counterclaims Of Defendant My Virtual Model, Inc.
- Reply To First Amended Counterclaims Of My Virtual Model, Inc.

New York (212) 730 4554
New Haven (203) 562 0400

Judge Hall Correspondence
July 7, 2004
Page

It is respectfully requested that these items be entered in the above action to place the case in order to appeal.

Very truly yours,

Stephen P. McNamara
spm@ssjr.com

SPM:cc
Enclosures
c:   Matthew D. Amore
     William H. Bright