2417-L0011A

FILED

2004 JUL 16 P 2:47

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

HENRY A. KORSZUN; WOJTEK W. BOROWSKI; and COMPUCLOZ CORPORATION

    Plaintiffs,

vs.

Public Technologies Multimedia, Inc.
J.C. Penney Company, Inc; Mattel, Inc.
and/or Broderbund Software, Inc.; and
Land's End, Inc.
    Defendants.

Civil Action No. 300CV327 (JCH)

July 8, 2004

## REPLY TO FIRST AMENDED COUNTERCLAIMS OF
## JC PENNY COMPANY, INC.

Plaintiffs replies to the Counterclaims of Defendant JC Penny Company, Inc. as follows:

36. The incorporation by reference of paragraphs 1-20 requires no response. Paragraphs 21-35 are denied.

37. The allegations of paragraph 37 are admitted.

38. The allegations of paragraph 38 are admitted.

39. The allegations of paragraph 39 are admitted, noting that it is admitted only that Defendant. has made assertions of noninfringement and invalidity, without admission that these assertions are correct.

40. The allegations of paragraph 40 are admitted.

41. The answers to paragraphs 36 to 40 are incorporated herein as if fully set forth.

42. The allegations of paragraph 42 are denied.

43. The answers to paragraphs 36 to 42 are incorporated herein as if fully set forth.

44. The allegations of paragraph 44 are denied.

45. The answers to paragraphs 36 to 44 are incorporated herein as if fully set forth.

46. The allegations of paragraph 46 are denied.

47. The answers to paragraphs 36 to 46 are incorporated herein as if fully set forth.

48. The allegations of paragraph 48 are denied.

49. The answers to paragraphs 36 to 48 are incorporated herein as if fully set forth.

50. The allegations of paragraph 50 are denied.

51. The answers to paragraphs 36 to 50 are incorporated herein as if fully set forth.

52. The allegations of paragraph 52 are denied.

Plaintiffs deny that Defendants are entitled to the requested relief.

Respectfully submitted,

Date: July 7, 2004

_____
Stephen P. McNamara - ct 01220
Richard J. Basile – ct 20491
ST.ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, Connecticut 06905
Telephone: (203) 324-6155
Telecopier: (203) 327-1096

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing **REPLY TO FIRST AMENDED COUNTERCLAIMS OF JC PENNY COMPANY, INC.,** was served by first class mail, postage prepaid, in an envelope addressed to the following:

>William H. Bright
>McCarter & English, LLP
>CityPlace 1, 185 Asylum Street
>Hartford, Connecticut 06103

>And to

>James Hough
>Morrison & Foerster LLP
>1290 Avenue of the Americas
>New York, New York 10104-0012

July 7, 2004
Date

Stephen P. McNamara