2417-L0011A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

HENRY A. KORSZUN; WOJTEK W. BOROWSKI : and COMPUCLOZ CORPORATION

    Plaintiffs,

vs.

Public Technologies Multimedia, Inc.
J.C. Penney Company, Inc; Mattel, Inc.
and/or Broderbund Software, Inc.; and
Land's End, Inc.
    Defendants.

Civil Action No. 300CV327 (JCH)

July 8, 2004

## REPLY TO FIRST AMENDED COUNTERCLAIMS OF LAND'S END, INC.

Plaintiffs replies to the Counterclaims of Defendant Land's End, Inc. as follows:

37. The incorporation by reference of paragraphs 1-20 requires no response. Paragraphs 21-36 are denied.

38. The allegations of paragraph 38 are admitted.

39. The allegations of paragraph 39 are admitted.

40. The allegations of paragraph 40 are admitted, noting that it is admitted only that Defendant has made assertions of noninfringement and invalidity, without admission that these assertions are correct.

41. The allegations of paragraph 41 are admitted.

42. The answers to paragraphs 37 to 41 are incorporated herein as if fully set forth.

43. The allegations of paragraph 43 are denied.

44. The answers to paragraphs 37 to 43 are incorporated herein as if fully set forth.

45. The allegations of paragraph 45 are denied.

46. The answers to paragraphs 37 to 45 are incorporated herein as if fully set forth.

47. The allegations of paragraph 47 are denied.

48. The answers to paragraphs 37 to 47 are incorporated herein as if fully set forth.

49. The allegations of paragraph 49 are denied.

50. The answers to paragraphs 37 to 49 are incorporated herein as if fully set forth.

51. The allegations of paragraph 51 are denied.

52. The answers to paragraphs 37 to 51 are incorporated herein as if fully set forth.

53. The allegations of paragraph 53 are denied.

Plaintiffs deny that Defendants are entitled to the requested relief.

Respectfully submitted,

Date: July 7, 2004

Stephen P. McNamara - ct 01220
Richard J. Basile – ct 20491
ST.ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, Connecticut 06905
Telephone: (203) 324-6155
Telecopier: (203) 327-1096

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing **REPLY TO FIRST AMENDED COUNTERCLAIMS OF LAND'S END, INC.** was served by first class mail, postage prepaid, in an envelope addressed to the following:

> William H. Bright
> McCarter & English, LLP
> CityPlace 1, 185 Asylum Street
> Hartford, Connecticut 06103
>
> And to
>
> James Hough
> Morrison & Foerster LLP
> 1290 Avenue of the Americas
> New York, New York 10104-0012

July 7, 2004
Date

Stephen P. McNamara