UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2004 JUL 16  P 2:47
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| HENRY A KORSZUN; WOJTEK W. BOROWSKI and COMPUCLOZ CORPORATION<br><br>Plaintiffs,<br><br>vs.<br><br>PUBLIC TECHNOLOGIES MULTIMEDIA, INC.; J.C. PENNEY COMPANY, INC.; MATTEL, INC. and/or BRODERBUND SOFTWARE, INC.; and LANDS' END, INC.<br><br>Defendants. | Civil Action No.<br>3:00CV327(JCH)<br><br><br><br><br><br>FINAL JUDGMENT |

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of the defendants' motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on June 12, 2003, entered a Ruling on the Motion for Summary Judgment of Non-Infringement, granting the defendants' motion.

Thereafter, the parties, by stipulation and order entered on _7-15-04_, agreed to resolve the Defendants' remaining counterclaims in order to permit entry of a Final Judgment and an appeal therefrom.

Therefore, it is ORDERED and ADJUDGED that judgment is entered:

    (a) with prejudice, against Plaintiffs, on the claims of the Complaint and in favor of Defendants on Count I of Defendants' First Amended Counterclaim for non-infringement.

    (b) dismissing Plaintiffs' Complaint with prejudice;

ny-568097

(c) with prejudice, in favor of Plaintiffs, by consent of the parties, on Count III of Defendants' First Amended Counterclaims for invalidity due to indefiniteness; and

(d) dismissing all remaining counterclaims without prejudice.

Dated at Bridgeport, Connecticut, this ___16th___ day of July, 2004.

CLERK OF COURT

BY _Catherine Borosly_

Entered on Docket _____