UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HENRY A KORSZUN; WOJTEK W. BOROWSKI and COMPUCLOZ CORPORATION<br>    Plaintiffs,<br><br>vs.<br><br>PUBLIC TECHNOLOGIES MULTIMEDIA, INC.;<br>J.C. PENNEY COMPANY, INC.;<br>MATTEL, INC. and/or<br>BRODERBUND SOFTWARE, INC.;<br>and LAND'S END, INC.,<br>    Defendants. | Civil Action No.<br>300CV327 (JCH)<br><br><br>July 22, 2004 |

NOTICE OF APPEAL
TO THE COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Pursuant to F.R.A.P. 4(a)(1), Plaintiffs, Compucloz Corporation, Henry Korszun, and Wojtek W. Borowski, hereby give notice and appeal to the United States Court of Appeals for the Federal Circuit from the Final Judgment entered July 16, 2004.

The filing fee of $105.00 is submitted herewith.

Respectfully submitted,

_____
Stephen P. McNamara - ct01220
ST.ONGE STEWARD JOHNSTON & REENS
986 Bedford Street
Stamford, CT  06905
Tel. (203) 324-6155
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing

**NOTICE OF APPEAL
TO THE COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

is being served on this date, by first class mail, postage prepaid, on the following counsel for defendants:

>Matthew D'Amore
>James Hough
>Morrison & Foerster LLP
>1290 Avenue of the Americas
>New York, New York  10104-0012

And to:

>William H. Bright
>McCarter & English, LLP
>CityPlace 1, 185 Asylum Street
>Hartford, Connecticut  06103

Date: July 21, 2004

_____
Stephen P. McNamara