Moy Ogilvie
Associate
860.275.6797
Fax 860.724.3397
rgallo@mccarter.com



August 5, 2004

**VIA HAND DELIVERY**

Clerk of the Court
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Re: **Henry A. Korszun; Wojtek w. Borowski and Compucloz Corporation
v. Public Technologies Multimedia, Inc. et al
Civil Action No. 3:00-CV-00327 (JCH)**

Dear Sir or Madam:

Enclosed is <u>Defendant's Notice Cross-Appeal</u> to be filed in the above-captioned matter along with a check in the amount of $255.00 which represent the filing fee. (This document is also furnished on the attached floppy disk in compliance with the Court's requirements.)

We enclose three additional copies of this document. Please arrange to have one copy date-stamped and returned to us in the envelope provided. Thank you for your courtesy.

Sincerely,

*Moy D. Ogilvie*

Moy Ogilvie

Enclosures

HARTFORD: 620470.01

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------ x

| | | |
|---|---|---|
| HENRY A. KORSZUN; WOJTEK W. BOROWSKI and COMPUCLOZ CORPORATION, | : | Civil Action No. 3:00-CV-00327 (JCH) |
| Plaintiffs, | : | **NOTICE OF DEFENDANTS' CROSS-APPEAL** |
| - v. - | : | |
| PUBLIC TECHNOLOGIES MULTIMEDIA INC.; JC PENNEY COMPANY, INC.; MATTEL, INC. and/or BRODERBUND SOFTWARE, INC.; and LANDS' END, INC., | : | August 5, 2004 |
| Defendants. | : | |

------------------------------------------------------------------ x

Notice is hereby given that Defendants, My Virtual Model, Inc. (f/k/a Public Technologies Multimedia), Lands' End, Inc., JC Penney Co., Inc., Mattel, Inc., and Broderbund Software, Inc., appellees and cross-appellants in the above named case, hereby appeal to the United States Court of Appeals for the Federal Circuit from the Final Judgment dismissing, with prejudice, Count III of Defendants' First Amended Counterclaims for invalidity due to indefiniteness, entered in this action on July 16, 2004. Plaintiffs, appellants and cross-appellees, filed a notice of appeal July 22, 2004, and this notice of cross-appeal is timely pursuant to

ny-585345

Federal Rule of Appellate Procedure 4(a)(3).

                THE DEFENDANTS
                PUBLIC TECHNOLOGIES MULTIMEDIA, INC.,
                JC PENNEY COMPANY, INC.; MATTEL, INC.
                and/or BRODERBUND SOFTWARE, INC.;
                and LANDS' END INC.

By: /s/ Matthew D'Amore (MDD)
James E. Hough (CT 18286)
Matthew D'Amore (CT 18982)
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0012
(212) 468-8000

-and-

William H. Bright, Jr. (CT 00244)
Moy Ogilvie (CT16508)
MCCARTER & ENGLISH, LLP
CityPlace 1, 185 Asylum Street
Hartford, CT 06103
(860) 275-6797

2

ny-585345

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the NOTICE OF DEFENDANTS' CROSS-APPEAL is being served, by U.S. Mail, on the 5th day of August, 2004:

> Stephen P. McNamara – CT 01220
> ST. ONGE STEWARD JOHNSTON & REENS
> 986 Bedford Street
> Stamford, CT 06905
> Tel: (203) 324-6155
> Fax: (203) 327-1096
> Attorneys for Plaintiffs

Moy Ogilvie (CT 16508)

HARTFORD: 620435.01
99999-00923