# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

NOTICE OF DOCKETING

04-1504 - KORSZUN V PUBLIC TECHNOL MULTIMEDIA

08/04/04
(Date of Docketing)

**FILED**
2004 AUG 10 P 1: 53
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Appeal from DCT NO. 3:00-CV-327 JCH

United States District Court / District of Connecticut

Name of appellant(s): HENRY A. KORSZUN, WOJTEK W. BOROWSKI and COMPUCLOZ CORPORATION

Critical dates for counsel, pro se parties, and the court include:

    Date of docketing, as above (Rules 12 & 15)
    Entry of appearance due (Rule 47.3)
    Certificate of interest due (Rule 47.4)
    **Briefs due (Rule 31) "You will not receive a separate briefing schedule from the Clerk's Office".**
    Joint Statement of Compliance with Fed Cir. R. 33.
    **Calendar for oral argument or submission on briefs (Rule 34 & Practice Note) - Please notify the Clerk's Office of any possible conflicts as soon as possible.**

Pro se parties should refer to the GUIDE FOR PRO SE PETITIONERS AND APPELLANTS.

  Attachments (with recipients noted) to this notice include:

    Official caption (All)
    Rules of Practice (pro se parties - attorneys must return the form below)
    Entry of appearance form (All counsel and pro se parties)
    Informal brief form (Pro se parties)
    Transcript Purchase Order form (Rule 3 appellants)
    Motion and Affidavit for Leave to Proceed in Forma Pauperis form (parties owing the docketing fee)

                                        JAN HORBALY, Clerk

cc:  USDC CT
      Stephen P. McNamara
      Matthew M. D'Amore

      The Federal Circuit's Rules of Practice are available by calling (202) 633-6550, and the Rules are likewise available for downloading at www.fedcir.gov.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

04-1504

HENRY A. KORSZUN, WOJTEK W. BOROWSKI,
and COMPUCLOZ CORPORATION,

Plaintiffs-Appellants,

v.

PUBLIC TECHNOLOGIES MULTIMEDIA, INC.,
J.C. PENNEY COMPANY, INC., MATTEL, INC.,
BRODERBUND SOFTWARE, INC., and LANDS' END, INC.,

Defendants-Appellees.

Appeal from the United States District Court for the District of Connecticut in case no. 3:00-CV-327, Judge Janet C. Hall.

Authorized Abbreviated Caption[2]

KORSZUN v PUBLIC TECHNOL MULTIMEDIA, 04-1504

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.