# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

REVISED: August 19, 2004

FILED

Official Caption[1]

2004 AUG 24  P 4: 57

04-1504, -1542

U.S. DISTRICT COURT

HENRY A. KORSZUN, WOJTEK W. BOROWSKI,
and COMPUCLOZ CORPORATION,

Plaintiffs-Appellants,

v.

PUBLIC TECHNOLOGIES MULTIMEDIA, INC. (now known as
My Virtual Model, Inc.),
J.C. PENNEY COMPANY, INC., MATTEL, INC.,
BRODERBUND SOFTWARE, INC., and LANDS' END, INC.,

Defendants-Cross Appellants.

Appeals from the United States District Court for the District of Connecticut in case no. 3:00-CV-327, Judge Janet C. Hall.

Authorized Abbreviated Caption[2]

KORSZUN v PUBLIC TECHNOL MULTIMEDIA, 04-1504, -1542

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

NOTICE OF DOCKETING

04-1542 - KORSZUN V PUBLIC TECHNOL MULTIMEDIA

08/19/04
(Date of Docketing)

FILED

2004 AUG 24 P 4: 58

U.S. DISTRICT COURT

Appeal from DCT NO. 3:00-CV-00327

United States District Court / District of Connecticut

Name of cross-appellant(s): J.C. PENNEY COMPANY, INC., MATTEL, INC., BRODERBUND SOFTWARE, INC., LANDS' END, INC. and PUBLIC TECHNOLOGIES MULTIMEDIA, INC. (nka My Virtual Model)

Critical dates for counsel, pro se parties, and the court include:

   Date of docketing, as above (Rules 12 & 15)
   Entry of appearance due (Rule 47.3)
   Certificate of interest due (Rule 47.4)
   **Briefs due (Rule 31). Due date of appellant's brief remains unchanged. "You will not receive a separate briefing schedule from the Clerk's Office".**
   Joint Statement of Compliance with Fed Cir. R. 33.
   **Calendar for oral argument or submission on briefs (Rule 34 & Practice Note) - Please notify the Clerk's Office of any possible conflicts as soon as possible.**

Pro se parties should refer to the GUIDE FOR PRO SE PETITIONERS AND APPELLANTS.

   Attachments (with recipients noted) to this notice include:

   Official caption (All)
   Entry of appearance form (All counsel and pro se parties)
   Informal brief form (Pro se parties)

JAN HORBALY, Clerk

cc:   DC CT
      Stephen P. McNamara
      Matthew M. D'Amore