James E. Hough (Federal Bar No. CT-18286)
Matthew D'Amore (Federal Bar No. CT-18982)
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0012
(212) 468-8000

Moyahoena Ogilvie (Federal Bar No. CT-412467)
MCCARTER & ENGLISH
City Place I
185 Asylum Street
Hartford, CT 06103
(860) 275-6797

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HENRY A KORSZUN; WOJTEK W. BOROWSKI and COMPUCLOZ CORPORATION<br><br>Plaintiffs,<br><br>vs.<br><br>PUBLIC TECHNOLOGIES MULTIMEDIA, INC.; J.C. PENNEY COMPANY, INC.; MATTEL, INC. and/or BRODERBUND SOFTWARE, INC.; and LANDS' END, INC.<br><br>Defendants. | Civil Action No.<br>3:00CV327 (JCH)<br><br><br><br><br>**BILL OF COSTS** |

Pursuant to 28 U.S.C. §§ 1821, 1920, 1923, and 1924, Rule 54(d)(1) of the Federal Rules of Civil Procedure and Rule 54 of the United States District Court, District of Connecticut Local Rules, the defendants, Public Technologies Multimedia, Inc., J.C. Penney Company, Inc., Mattel, Inc., Broderbund Software, Inc., and Lands' End, Inc. request that the clerk tax the costs set forth below against the plaintiffs, Henry A Korszun, Wojtek W. Borowski and Compucloz

ny-632517

Corporation. In accordance with 28 U.S.C. §§ 1924 and 1746, attached hereto is the Declaration of Susan E. Quinn in Support of Defendants' Bill of Costs, dated May 11, 2005.

## BILL OF COSTS

| | |
|---|---|
| Cost of exemplification and copies of papers necessarily obtained for use in the case | $42,575.94 |
| Fees for court reporters | $7115.02 |
| Fees of the Clerk | $360.00 |
| Fees for service of subpoenas | $151.40 |
| Fees for witnesses | $360.00 |
| Fees for witness' travel costs | $1,237.26 |
| Fees for witness' subsistence | $550.00 |
| Cost of patent file wrapper and prior art patents | $278.00 |
| TOTAL | $52,627.62 |

*Moyahoena D. Ogilvie*
Moyahoena Ogilvie (Federal Bar No. CT 412467)
MCCARTER & ENGLISH
City Place I
185 Asylum Street
Hartford, CT 06103
(860) 275-6797

ny-632517

## CERTIFICATE OF SERVICE

This is to certify that a true copy of Defendants' Bill of Costs and the Declaration of Susan E. Quinn in Support of Defendants' Bill of Costs is being served, by U.S. Mail, on:

>Stephen P. McNamara - CT01220
>ST. ONGE STEWARD JOHNSTON & REENS
>986 Bedford Street
>Stamford, CT 06905
>Tel: (203) 324-6155
>Fax: (203) 327-1096
>Attorneys for Plaintiffs

Date: May 11, 2005

Moyahoena Ogilvie

ny-632517