James E. Hough (Federal Bar No. CT-18286)
Matthew D'Amore (Federal Bar No. CT-18982)
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0012
(212) 468-8000

Moyahoena Ogilvie (Federal Bar No. CT-412467)
MCCARTER & ENGLISH
City Place I
185 Asylum Street
Hartford, CT 06103
(860) 275-6797

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HENRY A KORSZUN; WOJTEK W. BOROWSKI and COMPUCLOZ CORPORATION<br><br>Plaintiffs,<br><br>vs.<br><br>PUBLIC TECHNOLOGIES MULTIMEDIA, INC.; J.C. PENNEY COMPANY, INC.; MATTEL, INC. and/or BRODERBUND SOFTWARE, INC.; and LANDS' END, INC.<br><br>Defendants. | Civil Action No.<br>3:00CV327 (JCH) |

## DECLARATION OF SUSAN E. QUINN IN SUPPORT OF
## DEFENDANTS' BILL OF COSTS

ny-635255

SUSAN E. QUINN declares pursuant to 28 U.S.C. §§ 1746 and 1924 the following:

1. I am associated with the law firm of Morrison & Foerster LLP, the attorneys of record for Defendants Public Technologies Multimedia, Inc., J.C. Penney Company, Inc., Mattel, Inc., Broderbund Software, Inc., and Lands' End, Inc. in this action.

2. The disbursements identifed in the Bill of Costs have been necessarily incurred in this action. As set forth herein, the services for which these disbursements have been incurred were actually and necessarily performed.

3. Plaintiffs Henry A. Korszun, Wojtek W. Borowski and Compucloz Corporation ("Plaintiffs") initiated this litigation in February 2000. Substantial costs for exemplification and copies of papers were incurred during the five-year history of this action.

4. For example, during the pendency of this litigation, the parties propounded over ninety document requests, resulting in a document production of over 5,000 pages by Plaintiffs and close to 20,000 pages by Defendants. The parties took eleven depositions, involving a total of 1,724 pages of testimony and 165 exhibits. In addition, the parties prepared and served four expert reports, with accompanying supporting material.

5. The litigation involved substantial briefing, including *Markman* claim interpretation proceedings, three summary judgment motions, and numerous appendices (including one three-volume appendix of approximately 1500 pages). Furthermore, the case needed to be prepared for appeal twice, because jurisdiction was lacking over the first appeal.

6. The costs for exemplification and copies of papers identified in the Bill of Costs and explained in paragraphs 3-5 above were necessarily obtained for use in the defense of this case in connection with the foregoing aspects of the litigation and others. These costs are therefore taxable pursuant to Local Rule 54(c)(3)(i).

ny-635255

7.  The court reporters' fees requested by Defendants were necessarily incurred in connection with the eleven depositions taken during the course of this litigation. These costs are therefore taxable under Local Rule 54(c)(2)(ii).

8.  The fees of the Clerk requested by Defendants were necessarily incurred in filing two notices of conditional cross-appeals with the District Court. These costs are therefore taxable under Local Rule 54(c)(1).

9.  The fees paid in connection with the service of deposition subpoenas are taxable pursuant to Local Rule 54(c)(1). Documentation supporting these service fees is attached hereto as Exhibit A.

10. Defendants request witness fees for those of Defendants' witnesses (including experts) who testified at depositions, in accordance with Local Rule 54(c)(4)(i). The fees requested do not exceed the statutory limits set by 18 U.S.C. § 1821.

11. Defendants request mileage and subsistence fees for one of Defendants' expert witnesses, Ms. Irene Leszkowicz, who traveled to testify at a deposition, in accordance with Local Rule 54(c)(4)(ii) and (iii). A copy of the receipt for this witness' common carrier expenses for her travel to New York is attached hereto as Exhibit B. The witness' non-lodging subsistence fees are requested at the statutory amount for 2003, the most recent year available. The witness' subsistence fees for lodging are requested at the statutory amount for 2005, the most recent year available. The subsistence fees actually incurred by Defendants in connection with Ms. Leszkowicz's travel are in excess of the statutory amounts requested herein. The testimony given by Ms. Leszkowicz was relevant, material, and had bearing on essential issues of the case.

12. Pursuant to Local Rule 54(c)(3)(ii), Defendants request that the cost of patent file wrappers retrieved from the United States Patent and Trademark Office ("USPTO") be taxed

ny-635255

against Plaintiffs. The amount identified represents the cost of the prior art patents retrieved by Defendants at the rate charged by the USPTO.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 11th day of May, 2005 in New York, New York.

*Susan E. Quinn*
Susan E. Quinn

# EXHIBIT A



"Serving the Legal Community"

# Thomas McShane Courier
212 Collins Lane
Maple Shade, NJ 08052

*ATR1/07373*
*OK to pay*
*12/18/01*
*ATR*

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/14/2001 | 2858 |

| BILL TO |
|---|
| Morrison & Foerster, LLP<br>1290 Avenue of the Americas<br>New York, NY 10104-0050<br>ATTN: Angela T. Rella |

| TERMS |
|---|
| Net 15 |

| Date | Attorney | Client Matter # | Service | Description | AMOUNT |
|---|---|---|---|---|---|
| 12/12/2001 | Angela T. Rella | 44592/3 | PS | Service of 2 subpoenas- Paula Hian- 106 Gay St.- Phila, PA 19127 | 50.00 |

Service Description

D = Delivery          PS= Process Service
DR= Drop             PU= Pick Up
F = Filing             RT= Return
LB= Weight          WT= Waiting Time
CO=Cash Outlay    DT=Double Time
WF=Witness Fee    Misc.=Miscellaneous
CC= Copying Cost  WA= Wrong Address
AH= after hours (time & 1/2)

| Total | $50.00 |
|---|---|

# Mike Mobley Reporting

334 South Main Street
Dayton, OH 45402

Phone: (937) 222-2259    Fax: (937) 222-9747

*44592/3*
*OK to Pay 12/17/01*
*AT 121-7373*
*[signature]*

Job #: 011211RLM2
Job Date: 12/11/2001
Order Date: 12/11/2001
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client: Atty. for the Defendants

**Invoice**

Invoice #: 15428
Inv.Date: 12/12/2001
Balance: $56.40

---

**Bill To:**
Attn: Angela T. Rella
James E. Hough, Esq.
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY 10104

**Action:** Korszun, Henry A., etc., et al.
vs
Public Technologies Multimedia Inc, et al
**Action #:** 300CV327(JCH)
**Rep:** RLM
**Cert:** CLVS

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| | NCR Corporation | Service of Subpoena | $55.00 |
| | NCR Corporation | Mileage | $1.40 |

**Comments:**
Thank you for using Mike Mobley Reporting.

SCHEDULE DEPOSITIONS ONLINE AT WWW.MOBLEYREPORTING.COM

| | |
|---|---|
| Sub Total | $56.40 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $56.40 |
| Payment | $0.00 |
| Balance Due | $56.40 |

Federal Tax I.D.: 31-0949029    Terms: Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Attn: Angela T. Rella
James E. Hough, Esq.
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY 10104

**Deliver To:**
Attn: Angela T. Rella
James E. Hough, Esq.
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY 10104

**Invoice**

Mike Mobley Reporting
334 South Main Street
Dayton, OH 45402

Phone: (937) 222-2259
Fax: (937) 222-9747

Invoice #: 15428
Inv.Date: 12/12/2001
Balance: $56.40
Job #: 011211RLM2
Job Date: 12/11/2001
DB Ref.#:
Date of Loss:  / /
Your File #:

## INVOICE

**LEGAL EASE, INC.**
P.O. Box 14603
Cincinnati, OH 45250
Phone: (513) 621-1017

*[handwritten: ATR1-07373 / OK to pay. / ATL 44592/3 / 12/19/01]*

Inv. # 2001001640
12-12-2001

James E. Hough
MORRISON & FOERSTER LLP.
1290 Avenue Of The Americas
New York NY 10104

Your Contact: ANGELA RELLA
Case Number: Hamilton 300CV327

Plaintiff:
HENRY A. KORSZUN; WOJTEK W. BOROWSKI AND
COMPUCLOZ CORPORATION

Defendant:
PUBLIC TECHNOLOGIES MULTIMEDIA INC.; JC PENNEY
COMPANY, INC.; MATTEL, INC. AND/OR BRODERBUND
SOFTWARE, INC.; AND LANDS' END, INC.

Received: 12/11/2001    Completed: 12/11/2001
To be served on: THE PROCTER & GAMBLE COMPANY

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 45.00 | 45.00 |
| **TOTAL CHARGED:** | | | $45.00 |
| **BALANCE DUE:** | | | $45.00 |

Please enclose a copy of this invoice with your payment.

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.4o

# EXHIBIT B



# AIR CANADA

DATE: 23 APR 02

IRENE LESZKOWICZ
28 HILLSIDE
POINTECLAIRE QUEBEC
H9S 5E3

THIS IS YOUR E-TICKET ITINERARY/RECEIPT. YOUR TICKET COUPONS ARE ELECTRONICALLY
STORED IN OUR COMPUTER SYSTEM. CONDITIONS OF CONTRACT AND OTHER IMPORTANT
NOTICES RELATING TO THE USE OF THE TICKET ARE PROVIDED WITH THIS DOCUMENT.

RECEIPT                                              BOOKING REF: RMCCUD

LESZKOWICZ/IRENE MS                                  TICKET NUM:  014 2106 811457
FF: AC0163024748
DATE OF ISSUE: 22 APR 02                             IATA NUMBER: 62990292
PLACE OF ISSUE: YWGTWAC                              WINNIPEG              CANADA

FARE            TAX            TAX            TAX            TOTAL PER PASSENGER
1089.32CAD      11.22CA        77.04GST       59.68XT                 1237.26CAD

CALC: 30APR02YUL AC LGA Q34.66R510.00AC YUL Q34.66R510.00CAD1089.32
      END ROE1.58615 XT41.57US9.45XY3.94AY XF4.72LGA3

PAYMENT(S): CC CA519123000174XXXX
NOT TRANSFERABLE

ITINERARY

AIR CANADA                AC 742    M-CONFIRMED                       EQUIP: 737
DEPART:                             ARRIVE:
MONTREAL DORVAL INTL TUE 30APR02 0900    NEW YORK LA GUARDIA TUE 30APR02 1017
SEATS: 15A
ARRIVES AT: TERMINAL M -MAIN

AIR CANADA                AC 753    M-CONFIRMED                       EQUIP: 319
DEPART:                             ARRIVE:
NEW YORK LA GUARDIA THU 02MAY02 1930    MONTREAL DORVAL INTL THU 02MAY02 2052
SEATS: 13F
DEPARTS FROM: TERMINAL M -MAIN

**PLEASE NOTE *** PRICES ARE QUOTED PER PERSON PER TICKET**

BAGGAGE ALLOWANCE IS 2 PIECES PER PERSON.

--------------------------                                        PAGE:  1

A STAR ALLIANCE MEMBER
MEMBRE DU RÉSEAU STAR ALLIANCE