NOTE: Pursuant to Fed. Cir. R. 47.6, this disposition is not citable as precedent. It is a public record.

# United States Court of Appeals for the Federal Circuit

04-1504,-1542

HENRY A KORSZUN, WOJTEK W. BOROWSKI, and COMPUCLOZ CORPORATION,

Plaintifsf-Appellants,

v.

PUBLIC TECHNOLOGIES MULTIMEDIA, INC. (now known as My Virtual Model, Inc.), J.C. PENNEY COMPANY, INC., MATTEL, INC., BRODERBUND SOFTWARE, INC., and LANDS' END, INC.,

Defendants-Cross Appellants.

## JUDGMENT

**ON APPEAL from the** UNITED STATES DISTRICT COURT DISTRICT OF CONNECTICUT

**In CASE NO(S).** 3:00-CV-327

This **CAUSE** having been heard and considered, it is

**ORDERED and ADJUDGED:**

PER CURIAM (LOURIE, BRYSON, and GAJARSA, Circuit Judges):

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED APR 1 1 2005

JAN HORBALY, CLERK

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
APR 1 1 2005
JAN HORBALY
CLERK

Issued as Mandate:
COSTS:
Printing ................... $ 131.94
Total              $ 131.94

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: _____ Date: 5/5/05

BILL OF COSTS (File original and three copies with the Clerk within 14 days of judgment.)

Docket No(s): 04-1504, - 1542            Caption: Korszun v. Public Techs. Multimedia, Inc.

The Clerk is requested to fax the following costs against:

| ITEM | Number of copies | Number of pages | Actual cost | Allowable cost | Total billed | Total taxed |
|---|---|---|---|---|---|---|
| Docketing Fee (if paid in this court) | XXXXX | XXXXX | | | | |
| Table of Designated Materials (original) | XXXXX | XXXXX | | 6.00 | | |
| Table of Compilation of Designated Materials (copying and collating) | | | | 0.08 | | |
| Brief (original) | XXXXX | 74 | $5.18 | 6.00 | $5.18 | 3.18 |
| Brief (cover and binding) | 18 | XXXXX | $25.20 | 2.00 | $25.20 | 25.20 |
| Brief (copying and collating) | 18 | 74 | $0.145 pp | 0.08 | $106.56 | 106.56 |
| Appendix (original – table of contents) | XXXXX | | | 6.00 | | |
| Appendix (covers and binding) | | XXXXX | | 2.00 | | |
| Appendix (copying and collating) | | | | 0.08 | | |
| Reply Brief (original) | XXXXX | | | 6.00 | | |
| Reply Brief (covers and binding) | | XXXXX | | 2.00 | | |
| Reply Brief (copying and collating) | | | | 0.08 | | |
| Other (describe): | | | | | | |
| GRAND TOTALS | | | | | $136.94 | 136.94 |

City/County of _____ New York _____ ) District/State of _____ New York _____ ) ss

I, _____ Matthew M. D'Amore _____, swear under penalty of perjury that the services for which costs are taxed were necessarily performed. Itemized statements of the costs incurred or invoices are attached. Copies of this bill were served on all parties.

Signature: _[signature]_    Date: 4/18/05    Attorney for: Public Techs. Multimedia, Inc.

ny-630586

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
JAN HORBALY
CLERK

CERTIFIED COPY
HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: _[signature]_ Date: 5/2/05

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2005 I caused a true copy of the foregoing **Bill of Costs** to be served facsimile and by overnight mail upon the following:

Stephen P. McNamara - CT01220
ST. ONGE STEWARD JOHNSTON & REENS
986 Bedford Street
Stamford, CT 06905

Fax: (203) 327-1096

Michael Rodgers
Morrison & Foerster LLP
2000 Pennsylvania Ave., NW
Suite 5500
Washington, DC 20006