UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HENRY KORSZUN, ET AL : | |
| Plaintiffs : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 3-00-cv-327 (JCH) |
| PUBLIC TECHNOLOGIES : | |
| MULTIMEDIA, INC., ET AL : | NOVEMBER 22, 2005 |
| Defendants : | |

**RULING RE: BILL OF COSTS**

In this action, the defendants filed a Bill of Costs. The court denies in part the Bill of Costs, without prejudice to resubmission.

With respect to the following items, the denial is based upon the fact that there is no supporting documentation provided to evidence the costs:

1. Fees for witnesses' subsistence;

2. Fees for witnesses;

3. Fees of the clerk;

4. Fees for court reporters; and

5. Costs of exemplification and copies of papers.

With respect to the fees for witnesses' travel costs, for which there was supporting documentation provided, it was provided in Canadian dollars. Defendants must submit the appropriate conversion and the basis for it in order to permit the clerk to enter this cost.

With respect to the fees for service of subpoenas, there is no documentation regarding the number of miles or mileage breakdown. However, more fatal to this cost is the fact that defendants apparently never deposed these witnesses.

The court allows, absent objection, the cost of patent file wrapper and prior art patents of $278.

The denial in part of this Bill of Costs is without prejudice to resubmission. However, the objections of the plaintiffs to the denied items are preserved if those items are resubmitted. The plaintiff is, of course, free to file a further objection arguing additional points.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 22nd day of November, 2005.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge