UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT   FILED

2005 DEC -6  P 3: 50

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| HENRY A KORSZUN; WOJTEK W. BOROWSKI and COMPUCLOZ CORPORATION<br><br>Plaintiffs,<br><br>vs.<br><br>PUBLIC TECHNOLOGIES MULTIMEDIA, INC.; J.C. PENNEY COMPANY, INC.; MATTEL, INC. and/or BRODERBUND SOFTWARE, INC.; and LANDS' END, INC.<br><br>Defendants. | Civil Action No.<br>3:00CV327 (JCH)<br><br><br><br><br><br>**RESUBMITTED BILL OF COSTS** |

Pursuant to 28 U.S.C. §§ 1821, 1920, 1923, and 1924, Rule 54(d)(1) of the Federal Rules of Civil Procedure and Rule 54 of the United States District Court, District of Connecticut Local Rules, and as authorized by the Court by order of November 22, 2005 (attached hereto), the defendants, Public Technologies Multimedia, Inc., J.C. Penney Company, Inc., Mattel, Inc., Broderbund Software, Inc., and Lands' End, Inc. request that the clerk tax the costs set forth below against the plaintiffs, Henry A Korszun, Wojtek W. Borowski and Compucloz Corporation. In accordance with 28 U.S.C. §§ 1924 and 1746, attached hereto is the Declaration of Susan E. Quinn in Support of Defendants' Resubmitted Bill of Costs, dated December 5, 2005.

ny-668280

**BILL OF COSTS**

| | |
|---|---|
| Cost of exemplification and copies of papers necessarily obtained for use in the case | $3,734.92 |
| Fees of the court reporter | $7,509.92 |
| Fees of the Clerk | $255.00 |
| Fees for witnesses | $360.00 |
| Fees for witness's travel costs | $785.41 |
| Fees for witness's subsistence | $531.00 |
| Fees for patent file wrapper and prior art patents | $278.00 |
| TOTAL | $13,454.25 |

_____
Moyahoena Ogilvie (Federal Bar No. CT 412467)
MCCARTER & ENGLISH
City Place I
185 Asylum Street
Hartford, CT 06103
(860) 275-6797

James E. Hough (Federal Bar No. CT-18286)
Matthew D'Amore (Federal Bar No. CT-18982)
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0012
(212) 468-8000

Attorneys for Defendants

ny-668280

## CERTIFICATE OF SERVICE

      This is to certify that a true copy of Defendants' Resubmitted Bill of Costs and the Declaration of Susan E. Quinn in Support of Defendants' Resubmitted Bill of Costs is being served, by fax and U.S. Mail, on:

> Stephen P. McNamara - CT01220
> ST. ONGE STEWARD JOHNSTON & REENS
> 986 Bedford Street
> Stamford, CT 06905
> Tel: (203) 324-6155
> Fax: (203) 327-1096
> Attorneys for Plaintiffs

Date: December 6, 2005

                                        Moyahoena Ogilvie

ny-668280

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

HENRY KORSZUN, ET AL
    Plaintiffs

v.

PUBLIC TECHNOLOGIES
MULTIMEDIA, INC., ET AL
    Defendants

CIVIL ACTION NO.
3-00-cv-327 (JCH)

NOVEMBER 22, 2005

### RULING RE: BILL OF COSTS

In this action, the defendants filed a Bill of Costs. The court denies in part the Bill of Costs, without prejudice to resubmission.

With respect to the following items, the denial is based upon the fact that there is no supporting documentation provided to evidence the costs:

1. Fees for witnesses' subsistence;
2. Fees for witnesses;
3. Fees of the clerk;
4. Fees for court reporters; and
5. Costs of exemplification and copies of papers.

With respect to the fees for witnesses' travel costs, for which there was supporting documentation provided, it was provided in Canadian dollars. Defendants must submit the appropriate conversion and the basis for it in order to permit the clerk to enter this cost.

With respect to the fees for service of subpoenas, there is no documentation regarding the number of miles or mileage breakdown. However, more fatal to this cost is the fact that defendants apparently never deposed these witnesses.

The court allows, absent objection, the cost of patent file wrapper and prior art patents of $278.

The denial in part of this Bill of Costs is without prejudice to resubmission. However, the objections of the plaintiffs to the denied items are preserved if those items are resubmitted. The plaintiff is, of course, free to file a further objection arguing additional points.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 22nd day of November, 2005.


/s/ Janet C. Hall
Janet C. Hall
United States District Judge