| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 7/6/2000 | | 4211 JAMES E. HOUGH | 44 | 1.00 | 82.50 | 82.50 | Outside Copying Service | 4883072 |
| 8/11/2000 | | Invoice = 1013496 | | 1.00 | 82.50 | 82.50 | Brenda Wilson - Copying | |
| 7/10/2000 | | 998 FIRM BILLING FIRM BILLIN | 4 | 155.00 | 0.21 | 32.55 | Photocopies | 4883073 |
| 8/11/2000 | | Invoice = 1013496 | | 155.00 | 0.21 | 32.55 | | |
| 4/28/2002 | | 99851 ZZZ_CON_ZZZ-CON SF | 44 | 1.00 | 295.57 | 295.57 | Outside Copying Service - Merrill | 6256627 |
| 7/11/2002 | | Invoice = 4093349 | | 1.00 | 295.57 | 295.57 | | |
| 4/29/2002 | | 99851 ZZZ_CON_ZZZ-CON SF | 44 | 1.00 | 113.71 | 113.71 | Outside Copying Service - Merrill | 6256620 |
| 9/16/2002 | | Invoice = 4114217 | | 1.00 | 113.71 | 113.71 | | |
| 4/30/2002 | | 7373 ANGELA T. RELLA | 44 | 17.00 | 0.21 | 3.57 | Photocopies | 6101422 |
| 5/7/2002 | | Invoice = 4076747 | | 17.00 | 0.21 | 3.57 | | |
| 4/30/2002 | | 3982 MATTHEW M. D'AMORE | 944 | 1.00 | 77.84 | 77.84 | Outside Copying Service - VENDOR:MATTHEW M. | 6166448 |
| 6/19/2002 | | Invoice = 4087883 | | 1.00 | 77.84 | 77.84 | | |
| 5/13/2002 | | 7373 ANGELA T. RELLA | 44 | 1.00 | 917.48 | 917.48 | Outside Copying Service - Merrill Communications | 6308039 |
| 7/11/2002 | | Invoice = 4093349 | | 1.00 | 917.48 | 917.48 | | |
| 5/13/2002 | | 9344 SYLVIA A. HEREDIA | 44 | 1.00 | 917.48 | 917.48 | Outside Copying Service - Merrill Communications | 6419124 |
| 8/19/2002 | | Invoice = 4107241 | | 1.00 | 917.48 | 917.48 | | |
| 10/16/2002 | | 9344 SYLVIA A. HEREDIA | 44 | 1.00 | 886.57 | 886.57 | Outside Copying Service - Merrill Communications | 6797723 |
| 12/24/2002 | | Invoice = 4146024 | | 1.00 | 886.57 | 886.57 | | |
| 10/17/2002 | | 9344 SYLVIA A. HEREDIA | 4 | 602.00 | 0.21 | 126.42 | Photocopies | 6674558 |
| 11/20/2002 | | Invoice = 4135908 | | 602.00 | 0.21 | 126.42 | | |
| 12/18/2002 | | 4211 JAMES E. HOUGH | 44 | 1.00 | 123.73 | 123.73 | Outside Copying Service - Merrill Communications | 6972377 |
| 2/24/2003 | | Invoice = 4157074 | | 1.00 | 123.73 | 123.73 | | |
| 12/19/2002 | | 9344 SYLVIA A. HEREDIA | 4 | 83.00 | 0.21 | 17.43 | Photocopies | 6887279 |
| 1/20/2003 | | Invoice = 4146533 | | 83.00 | 0.21 | 17.43 | | |

ny-669203

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 12/20/2002 | 9344 | SYLVIA A. HEREDIA | 4 | 565.00 | 0.21 | 118.65 | Photocopies | 6893741 |
| 1/10/2003 | | Invoice = 4146533 | | 565.00 | 0.21 | 118.65 | | |
| 8/22/2003 | 8344 | SYLVIA A. HEREDIA | 4 | 102.00 | 0.21 | 21.42 | Photocopies | 7720936 |
| 9/30/2003 | | Invoice = 4220218 | | 102.00 | 0.21 | 21.42 | | |
| | | BILLED TOTALS: WORK: | | | | 3,734.92 | | |
| | | BILLED TOTALS: BILL: | | | | | | |

ny-669203

| Date | Billno | Tmkr/David Vendor | Acct | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 12/28/2001 01/09/2002 | 07373 | ANGELA T. RELLA<br>Invoice=4045106<br>Voucher=1320194 Paid | 057 | 1.00<br>1.00 | 56.40<br>56.40 | 56.40<br>56.40 | Reporting Fees - VENDOR:MIKE MOBLEY REPORTING<br><br>Vendor=MIKE MOBLEY REPORTING  Balance= .00  Amount= 56.40<br>Paid: 50014443  01/09/2002 | 5711850 |
| 02/18/2002 06/19/2002 | 04211 | JAMES E. HOUGH<br>Invoice=4087883<br>Voucher=1358584 Paid | 057 | 1.00<br>1.00 | 182.50<br>182.50 | 182.50<br>182.50 | Reporting Fees - VENDOR:MR. JEAN RIOPEL -<br>Copies of the transcript of the deposition of<br>Mr. Pierre Guilbault and Mr. Carlos Saldanha.<br>Vendor=MR. JEAN RIOPEL  Balance= .00  Amount= 182.50<br>Paid: 10809  06/12/2002 | 6158168 |
| 02/18/2002 07/11/2002 | 04211 | JAMES E. HOUGH<br>Invoice=4093349<br>Voucher=1367266 Paid | 057 | 1.00<br>1.00 | -182.50<br>-182.50 | -182.50<br>-182.50 | Reversal from Void Check Number: 51114295<br>Bank ID: 1006AD Voucher ID: 1358584<br>Vendor: MR. JEAN RIOPEL<br>Vendor=MR. JEAN RIOPEL  Balance= .00  Amount=-182.50<br>Paid: 10809  06/12/2002 | 6247859 |
| 02/19/2002 09/18/2002 | 07373 | ANGELA T. RELLA<br>Invoice=4114217<br>Voucher=1387146 Paid | 057 | 1.00<br>1.00 | 182.50<br>182.50 | 182.50<br>182.50 | Reporting Fees - VENDOR:MR. JEAN RIOPEL<br>Deposition transcripts (1/31/02 & 2/1/02).<br>Vendor=MR. JEAN RIOPEL  Balance= .00  Amount= 182.50<br>Paid: 60100526  08/01/2002 | 6466190 |
| 02/20/2002 03/26/2002 | 03982 | MATTHEW M. D'AMORE<br>Invoice=4065477<br>Voucher=1334375 Paid | 057 | 1.00<br>1.00 | 1,065.00<br>1,065.00 | 1,065.00<br>1,065.00 | Reporting Fees - VENDOR:VIKTORIA V. STOCKMAL -<br>CRR, RMR<br>Vendor=VIKTORIA V. STOCKMAL - CRR, RMR  Balance= .00<br>Amount= 1065.00<br>Paid: 51106758  03/05/2002 | 5857580 |
| 02/20/2002 03/26/2002 | 03982 | MATTHEW M. D'AMORE<br>Invoice=4065477<br>Voucher=1334377 Paid | 057 | 1.00<br>1.00 | 1,051.50<br>1,051.50 | 1,051.50<br>1,051.50 | Reporting Fees - VENDOR:VIKTORIA V. STOCKMAL -<br>CRR, RMR<br>Vendor=VIKTORIA V. STOCKMAL - CRR, RMR  Balance= .00<br>Amount= 1051.50<br>Paid: 51106758  03/05/2002 | 5857582 |
| 02/20/2002 03/26/2002 | 03982 | MATTHEW M. D'AMORE<br>Invoice=4065477<br>Voucher=1334376 Paid | 057 | 1.00<br>1.00 | 1,011.00<br>1,011.00 | 1,011.00<br>1,011.00 | Reporting Fees - VENDOR:VIKTORIA V. STOCKMAL -<br>CRR, RMR<br>Vendor=VIKTORIA V. STOCKMAL - CRR, RMR  Balance= .00<br>Amount= 1011.00<br>Paid: 51106758  03/05/2002 | 5857583 |
| 02/28/2002 03/26/2002 | 04211 | JAMES E. HOUGH<br>Invoice=4065477<br>Voucher=1337561 Paid | 057 | 1.00<br>1.00 | 171.00<br>171.00 | 171.00<br>171.00 | Reporting Fees - VENDOR:MADISON FREELANCE<br>REPORTERS<br>Vendor=MADISON FREELANCE REPORTERS  Balance= .00  Amount=<br>171.00<br>Paid: 60100559  02/27/2002 | 5883202 |
| 03/05/2002 04/10/2002 | 03982 | MATTHEW M. D'AMORE<br>Invoice=4069546<br>Voucher=1338636 Paid | 057 | 1.00<br>1.00 | 1,205.22<br>1,205.22 | 1,205.22<br>1,205.22 | Reporting Fees - VENDOR:VIKTORIA V. STOCKMAL -<br>CRR, RMR<br>Vendor=VIKTORIA V. STOCKMAL - CRR, RMR  Balance= .00<br>Amount= 1205.22<br>Paid: 51107455  03/12/2002 | 5899356 |
| 04/26/2002 06/19/2002 | 04211 | JAMES E. HOUGH<br>Invoice=4087883<br>Voucher=1358133 Paid | 057 | 1.00<br>1.00 | 916.50<br>916.50 | 916.50<br>916.50 | Reporting Fees - VENDOR:MANHATTAN REPORTING<br>CORP. -Deposition of Christopher H. Spadea<br>Vendor=MANHATTAN REPORTING CORP.  Balance= .00  Amount=<br>916.50<br>Paid: 51114285  05/20/2002 | 6154733 |
| 05/02/2002 06/19/2002 | 03982 | MATTHEW M. D'AMORE<br>Invoice=4087883<br>Voucher=1360059 Paid | 057 | 1.00<br>1.00 | 1,033.50<br>1,033.50 | 1,033.50<br>1,033.50 | Reporting Fees - VENDOR:VIKTORIA V. STOCKMAL -<br>CRR, RMR Frederick Sayward's deposition of<br>4/30/02.<br>Vendor=VIKTORIA V. STOCKMAL - CRR, RMR  Balance= .00<br>Amount= 1033.50<br>Paid: 51115451  05/28/2002 | 6172045 |
| 05/07/2002 08/19/2002 | 03982 | MATTHEW M. D'AMORE<br>Invoice=4107241<br>Voucher=1374485 Paid | 057 | 1.00<br>1.00 | 439.90<br>439.90 | 439.90<br>439.90 | Reporting Fees - VENDOR:MANHATTAN REPORTING<br>CORP. -Copy sale expedited, exhibits, realtime<br>Vendor=MANHATTAN REPORTING CORP.  Balance= .00  Amount=<br>439.90<br>Paid: 51120020  07/15/2002 | 6321535 |
| 05/07/2002 08/19/2002 | 04211 | JAMES E. HOUGH<br>Invoice=4107241<br>Voucher=1378788 Paid | 057 | 1.00<br>1.00 | 377.40<br>377.40 | 377.40<br>377.40 | Reporting Fees - VENDOR:MANHATTAN REPORTING<br>CORP. - Copy of transcript of Kathleen M.<br>Kedrowski pages 1-128.<br>Vendor=MANHATTAN REPORTING CORP.  Balance= .00  Amount=<br>377.40 | 6372871 |

Billed and Unbilled Recap Of Cost Detail - [044592-0000003 - KORSZUN, HENRY A.]
Client:044592 - PUBLIC TECHNOLOGIES MULTIMEDIA   12/5/2005 6:32:53 AM                                    Page 2

Case 3:00-cv-00327-JCH   Document 395-3   Filed 12/06/2005   Page 4 of 11

|  |  |  |  |  |  |  |  | Description |  |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  | Paid: 51121770 07/29/2002 |  |
|  | BILLED TOTALS: | WORK: |  |  |  |  | 7,509.92 | 13 records |  |
|  | BILLED TOTALS: | BILL: |  |  |  |  | 7,509.92 |  |  |
|  | GRAND TOTAL: | WORK: |  |  |  |  | 7,509.92 | 13 records |  |
|  | GRAND TOTAL: | BILL: |  |  |  |  | 7,509.92 |  |  |

```
         RECEIPT FOR PAYMENT
         DISTRICT COURT OF
            CONNECTICUT
         BRIDGEPORT DIVISION


                              B000641
-----------------------------------------
RECEIVED FROM:

MORRISON AND FORESTER
1290 AVENUE OF AMERICAS
NEW YORK, NY 10104
-----------------------------------------

 Case Number: 3:00CV327
-----------------------------------------
F/U/B/O:

Party ID:
KORSZUN ET AL, PUBLIC TECH

Tender Type:          CHECK

04-006900                  $255.00

Notice of Appeal

Remarks: ck # 60103150   JCH
-----------------------------------------
   Subtotal:              $255.00




-----------------------------------------
Receipt Total:            $255.00
=========================================
* Checks and drafts are accepted
subject to collections and full
credit will only be given when
the check or draft has been
accepted by the financial
institution on which it was drawn.

   Date:      8/6/04
   Clerk:
           -------------------
                   CC
```



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

HENRY A. KORSZUN; WOJTEK W.
BOROWSKI and COMPUCLOZ
CORPORATION,

   Plaintiffs,

 -vs-

PUBLIC TECHNOLOGIES MULTIMEDIA,
INC., J.C. PENNEY COMPANY, INC.,
MATTEL, INC., and/or BRODERBUND
SOFTWARE, INC., and LAND'S END,
INC.,

   Defendants.

Civil Action No.
300CV327 (JCH)

DEPOSITION OF:
WILLIAM BASS

COPY

- - - - - - - - - - - - - - - - - - - - - - - -

D E P O S I T I O N

| | |
|---|---|
| WITNESS: | WILLIAM BASS |
| DATE: | Thursday, February 21, 2002 |
| TIME: | 9:30 a.m. |
| LOCATION: | Law Offices of<br>MICHAEL BEST & FRIEDRICH<br>1 South Pinkney<br>Madison, Wisconsin |
| TAKEN BY: | Attorney for the Plaintiffs |
| REPORTED BY: | Christine L. Nix<br>Certified Shorthand Reporter<br>Registered Professional Reporter |



131 W. Wilson St. • Suite 1000 • Madison, Wisconsin 53703
Phone: (608) 255-8100 Fax: (608) 255-4096
www.madisonfreelance.com

**COPY**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HENRY A. KORSZUN; WOJTEK W. BOROWSKI and COMPUCLOZ CORPORATION,<br>    Plaintiffs,<br>vs.<br>PUBLIC TECHNOLOGIES MULTIMEDIA, INC.;<br>J.C. PENNEY COMPANY, INC.;<br>MATTEL, INC. and/or BRODERBUND SOFTWARE, INC.;<br>and LAND'S END, INC.,<br>    Defendants. | Civil Action No.<br>300CV327 (JCH) |

Deposition of Mr. PIERRE GUILBAULT,
held at the law offices of Léger Robic Richard
55, rue Saint-Jacques
Montreal, Province of Quebec
JANUARY 31, 2002

**APPEARANCES:**

ST. ONGE STEWARD JOHNSTON & REENS LLC
  STEPHEN P. McNAMARA, Esq.
Counsel for Plaintiffs

MORRISON & FOERSTER LLP
  JAMES E. HOUGH, Esq.
Counsel for Defendants

**ALSO PRESENT:**

Mr. PIERRE BIGRAS, Official Interpreter
Ms. CAROLINE BENOIT
Ms. ANGELA RELLA

JEAN RIOPEL
Official Court Reporter

55, rue Saint-Jacques
Bureau 10
Montréal (Québec) H2Y 1K9
Téléphone (514) 286-5454
Télécopieur (514) 286-6655

STÉNOGRAPHES OFFICIELS
**RIOPEL BOUDREAU**
OFFICIAL COURT REPORTERS

```
                                                        Page 1
 1
 2              C O N F I D E N T I A L
 3    UNITED STATES DISTRICT COURT
 4    DISTRICT OF CONNECTICUT
 5    - - - - - - - - - - - - - - - - - - -x
 6    HENRY A. KORSZUN; WOJTEK W. BOROWSKI    Civil
      and COMPUCLOZ CORPORATION,              Action No.
 7                                            300 CV 327
                              Plaintiffs,     (JCH)
 8
                    -against-
 9                                            Volume I
      PUBLIC TECHNOLOGIES MULTIMEDIA, INC.;
10    J.C. PENNEY COMPANY, INC.; MATTEL, INC.;
      and/or BRODERBUND SOFTWARE, INC.; and
11    LANDS' END, INC.,
12                            Defendants.
13    - - - - - - - - - - - - - - - - - - -x
14
                          April 19, 2002
15                        10:00 a.m.
16
17              Deposition of KATHLEEN M. KEDROWSKI,
18    taken by attorneys for Plaintiffs, pursuant to
19    Agreement, held at the offices of Morrison &
20    Foerster LLP, 1290 Avenue of the Americas,
21    New York, New York, before Andrew Walker, a
22    Registered Professional Reporter (1991) and Notary
23    Public within and for the State of New York.
24         LEGALINK    Manhattan Reporting  Tel 212-557-7400
25                     Advocate Reporting   Tel 212-697-6565
              worldwide court reporting • legal videography • litigation support services
```

```
                                                              1

 1                                              COPY

 2    UNITED STATES DISTRICT COURT

 3    DISTRICT OF CONNECTICUT

 4    ------------------------------------x

 5    HENRY A. KORSZUN; WOJTEK W. BOROWSKI
      and COMPUCLOZ CORPORATION,
 6
                              Plaintiffs,
 7
                                          Civil Action No.
 8                -against-              300 CV 327 (JCH)

 9    PUBLIC TECHNOLOGIES MULTIMEDIA, INC.;
      J.C. PENNEY COMPANY, INC.; MATTEL, INC.;
10    and/or BRODERBUND SOFTWARE, INC.;
      and LANDS' END, INC.,
11
                              Defendants.
12    ------------------------------------x

13                           May 2, 2002
                             10:15 a.m.
14

15         Deposition of IRENE LESZKOWICZ, taken by

16    Plaintiffs, at the offices of Morrison &

17    Foerster LLP, 1290 Avenue of the Americas, New

18    York, New York, before Gail F. Schorr, a

19    Certified Shorthand Reporter, Certified Realtime

20    Reporter and Notary Public within and for the

21    State of New York.

22

23

24

25
```

LEGALINK   Manhattan Reporting  Tel 212-557-7400
           Advocate Reporting   Tel 212-697-6565

worldwide court reporting • legal videography • litigation support services

420 Lexington Avenue, Suite 2108   New York   NY 10170
Tel 212-557-7400   Fax 212-692-9171   1-888-325-3376(DEPO)

LTR30

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

HENRY A. KORSZUN; WOJTEK W. )
BOROWSKI and COMPUCLOZ )     Civil Action No.
CORPORATION, )               300CV327 (JCH)
    Plaintiffs, )
vs. )
PUBLIC TECHNOLOGIES )
MULTIMEDIA, INC.; )
J.C. PENNEY COMPANY, INC.; )
MATTEL, INC. and/or )
BRODERBUND SOFTWARE, INC.; )
and LAND'S END, INC., )
    Defendants. )

Deposition of Mr. CARLOS SALDANHA,
held at the law offices of Léger Robic Richard
55, rue Saint-Jacques
Montreal, Province of Quebec
FEBRUARY 1, 2002

**APPEARANCES:**

ST. ONGE STEWARD JOHNSTON & REENS LLC
  STEPHEN P. McNAMARA, Esq.
Counsel for Plaintiffs

MORRISON & FOERSTER LLP
  JAMES E. HOUGH, Esq.
Counsel for Defendants

**ALSO PRESENT:**

Ms. ANGELA RELLA

JEAN RIOPEL
Official Court Reporter

55, rue Saint-Jacques
Bureau 10
Montréal (Québec) H2Y 1K9
Téléphone (514) 286-5454
Télécopieur (514) 286-6655

STÉNOGRAPHES OFFICIELS
**RIOPEL BOUDREAU**
OFFICIAL COURT REPORTERS

Case 3:00-cv-00327-JCH    Document 139-3    Filed 12/06/2005    Page 11 of 11
05/11/2005 13:25 FAX 1 514 822 ...73    MATROX IMAGING SALES    ☎003/003
Case 3:00-cv-00327-JCH    Document 135-2    Filed 05/12/2005    Page 10 of 10

# AIR CANADA ✦

DATE: 23 APR 02

IRENE LESZKOWICZ
28 HILLSIDE
POINTECLAIRE QUEBEC
H9S 5E3

THIS IS YOUR E-TICKET ITINERARY/RECEIPT. YOUR TICKET COUPONS ARE ELECTRONICALLY STORED IN OUR COMPUTER SYSTEM. CONDITIONS OF CONTRACT AND OTHER IMPORTANT NOTICES RELATING TO THE USE OF THE TICKET ARE PROVIDED WITH THIS DOCUMENT.

RECEIPT

LESZKOWICZ/IRENE MS
FF: AC0163024748
DATE OF ISSUE: 22 APR 02
PLACE OF ISSUE: YWGTWAC
                                                                  WINNIPEG
                                                                                CANADA

BOOKING REF: RMCCUD
TICKET NUM: 014 2106 811457
IATA NUMBER: 62990292

FARE            TAX             TAX             TAX         TOTAL PER PASSENGER
1089.32CAD      11.22CA         77.04GST        59.68XT              1237.26CAD

CALC: 30APR02YUL AC LGA Q34.66R510.00AC YUL Q34.66R510.00CAD1089.32
      END ROE1.58615 XT41.57US9.45XY3.94AY XF4.72LGA3

PAYMENT(S): CC CA519123000174XXXX
NOT TRANSFERABLE

ITINERARY

AIR CANADA                  AC 742    M-CONFIRMED                               EQUIP: 737
DEPART:                                         ARRIVE:
MONTREAL DORVAL INTL TUE 30APR02 0900    NEW YORK LA GUARDIA TUE 30APR02 1017
SEATS: 15A
ARRIVES AT: TERMINAL M -MAIN

AIR CANADA                  AC 753    M-CONFIRMED                               EQUIP: 319
DEPART:                                         ARRIVE:
NEW YORK LA GUARDIA THU 02MAY02 1930     MONTREAL DORVAL INTL THU 02MAY02 2052
SEATS: 13F
DEPARTS FROM: TERMINAL M -MAIN

**PLEASE NOTE *** PRICES ARE QUOTED PER PERSON PER TICKET**

BAGGAGE ALLOWANCE IS 2 PIECES PER PERSON.

---

PAGE:    1

A STAR ALLIANCE MEMBER
MEMBRE DU RÉSEAU STAR ALLIANCE