**Federal Reserve Statistical Release**

# H.10
# Foreign Exchange Rates

*Release Date: November 28, 2005*

Release dates | Daily update | Dollar indexes, summary measures
Currency weights | Historical data | About

## Canada Historical Rates

CANADA -- SPOT EXCHANGE RATE, CANADIAN $/US$

| Date | Rate |
|---|---|
| 3-Jan-00 | 1.4465 |
| 4-Jan-00 | 1.4518 |
| 5-Jan-00 | 1.4518 |
| 6-Jan-00 | 1.4571 |
| 7-Jan-00 | 1.4505 |
| 10-Jan-00 | 1.4568 |
| 11-Jan-00 | 1.4570 |
| 12-Jan-00 | 1.4550 |
| 13-Jan-00 | 1.4495 |
| 14-Jan-00 | 1.4497 |
| 17-Jan-00 | ND |
| 18-Jan-00 | 1.4502 |
| 19-Jan-00 | 1.4527 |
| 20-Jan-00 | 1.4484 |
| 21-Jan-00 | 1.4420 |
| 24-Jan-00 | 1.4400 |
| 25-Jan-00 | 1.4389 |
| 26-Jan-00 | 1.4379 |
| 27-Jan-00 | 1.4350 |
| 28-Jan-00 | 1.4495 |
| 31-Jan-00 | 1.4517 |
| 1-Feb-00 | 1.4468 |
| 2-Feb-00 | 1.4435 |
| 3-Feb-00 | 1.4417 |
| 4-Feb-00 | 1.4467 |
| 7-Feb-00 | 1.4457 |
| 8-Feb-00 | 1.4473 |
| 9-Feb-00 | 1.4443 |
| 10-Feb-00 | 1.4500 |
| 11-Feb-00 | 1.4515 |
| 14-Feb-00 | 1.4547 |
| 15-Feb-00 | 1.4585 |
| 16-Feb-00 | 1.4520 |
| 17-Feb-00 | 1.4522 |
| 18-Feb-00 | 1.4512 |
| 21-Feb-00 | ND |
| 22-Feb-00 | 1.4595 |
| 23-Feb-00 | 1.4651 |
| 24-Feb-00 | 1.4587 |
| 25-Feb-00 | 1.4505 |
| 28-Feb-00 | 1.4538 |
| 29-Feb-00 | 1.4505 |
| 1-Mar-00 | 1.4470 |
| 2-Mar-00 | 1.4543 |
| 3-Mar-00 | 1.4510 |

| Date | Rate |
|---|---|
| 6-Mar-00 | 1.4555 |
| 7-Mar-00 | 1.4527 |
| 8-Mar-00 | 1.4592 |
| 9-Mar-00 | 1.4570 |
| 10-Mar-00 | 1.4575 |
| 13-Mar-00 | 1.4614 |
| 14-Mar-00 | 1.4632 |
| 15-Mar-00 | 1.4680 |
| 16-Mar-00 | 1.4724 |
| 17-Mar-00 | 1.4728 |
| 20-Mar-00 | 1.4703 |
| 21-Mar-00 | 1.4662 |
| 22-Mar-00 | 1.4720 |
| 23-Mar-00 | 1.4727 |
| 24-Mar-00 | 1.4650 |
| 27-Mar-00 | 1.4605 |
| 28-Mar-00 | 1.4541 |
| 29-Mar-00 | 1.4555 |
| 30-Mar-00 | 1.4557 |
| 31-Mar-00 | 1.4538 |
| 3-Apr-00 | 1.4548 |
| 4-Apr-00 | 1.4531 |
| 5-Apr-00 | 1.4548 |
| 6-Apr-00 | 1.4515 |
| 7-Apr-00 | 1.4574 |
| 10-Apr-00 | 1.4615 |
| 11-Apr-00 | 1.4635 |
| 12-Apr-00 | 1.4623 |
| 13-Apr-00 | 1.4661 |
| 14-Apr-00 | 1.4767 |
| 17-Apr-00 | 1.4855 |
| 18-Apr-00 | 1.4837 |
| 19-Apr-00 | 1.4761 |
| 20-Apr-00 | 1.4725 |
| 21-Apr-00 | 1.4750 |
| 24-Apr-00 | 1.4763 |
| 25-Apr-00 | 1.4699 |
| 26-Apr-00 | 1.4758 |
| 27-Apr-00 | 1.4792 |
| 28-Apr-00 | 1.4818 |
| 1-May-00 | 1.4783 |
| 2-May-00 | 1.4857 |
| 3-May-00 | 1.4923 |
| 4-May-00 | 1.4980 |
| 5-May-00 | 1.4980 |
| 8-May-00 | 1.4927 |
| 9-May-00 | 1.4945 |
| 10-May-00 | 1.4955 |
| 11-May-00 | 1.4900 |
| 12-May-00 | 1.4872 |
| 15-May-00 | 1.4897 |
| 16-May-00 | 1.4862 |
| 17-May-00 | 1.4992 |
| 18-May-00 | 1.5007 |
| 19-May-00 | 1.4963 |
| 22-May-00 | 1.4983 |
| 23-May-00 | 1.5036 |
| 24-May-00 | 1.5085 |
| 25-May-00 | 1.5057 |
| 26-May-00 | 1.5045 |
| 29-May-00 | ND |
| 30-May-00 | 1.5036 |
| 31-May-00 | 1.4977 |
| 1-Jun-00 | 1.4910 |
| 2-Jun-00 | 1.4785 |
| 5-Jun-00 | 1.4779 |

| Date | Rate |
|---|---|
| 6-Jun-00 | 1.4860 |
| 7-Jun-00 | 1.4785 |
| 8-Jun-00 | 1.4800 |
| 9-Jun-00 | 1.4765 |
| 12-Jun-00 | 1.4765 |
| 13-Jun-00 | 1.4697 |
| 14-Jun-00 | 1.4695 |
| 15-Jun-00 | 1.4758 |
| 16-Jun-00 | 1.4708 |
| 19-Jun-00 | 1.4657 |
| 20-Jun-00 | 1.4708 |
| 21-Jun-00 | 1.4729 |
| 22-Jun-00 | 1.4725 |
| 23-Jun-00 | 1.4793 |
| 26-Jun-00 | 1.4830 |
| 27-Jun-00 | 1.4825 |
| 28-Jun-00 | 1.4838 |
| 29-Jun-00 | 1.4820 |
| 30-Jun-00 | 1.4798 |
| 3-Jul-00 | 1.4793 |
| 4-Jul-00 | ND |
| 5-Jul-00 | 1.4909 |
| 6-Jul-00 | 1.4850 |
| 7-Jul-00 | 1.4810 |
| 10-Jul-00 | 1.4798 |
| 11-Jul-00 | 1.4785 |
| 12-Jul-00 | 1.4815 |
| 13-Jul-00 | 1.4809 |
| 14-Jul-00 | 1.4845 |
| 17-Jul-00 | 1.4813 |
| 18-Jul-00 | 1.4783 |
| 19-Jul-00 | 1.4758 |
| 20-Jul-00 | 1.4748 |
| 21-Jul-00 | 1.4715 |
| 24-Jul-00 | 1.4639 |
| 25-Jul-00 | 1.4653 |
| 26-Jul-00 | 1.4665 |
| 27-Jul-00 | 1.4713 |
| 28-Jul-00 | 1.4776 |
| 31-Jul-00 | 1.4880 |
| 1-Aug-00 | 1.4892 |
| 2-Aug-00 | 1.4813 |
| 3-Aug-00 | 1.4844 |
| 4-Aug-00 | 1.4889 |
| 7-Aug-00 | 1.4875 |
| 8-Aug-00 | 1.4889 |
| 9-Aug-00 | 1.4848 |
| 10-Aug-00 | 1.4826 |
| 11-Aug-00 | 1.4839 |
| 14-Aug-00 | 1.4847 |
| 15-Aug-00 | 1.4870 |
| 16-Aug-00 | 1.4774 |
| 17-Aug-00 | 1.4759 |
| 18-Aug-00 | 1.4747 |
| 21-Aug-00 | 1.4765 |
| 22-Aug-00 | 1.4756 |
| 23-Aug-00 | 1.4877 |
| 24-Aug-00 | 1.4871 |
| 25-Aug-00 | 1.4828 |
| 28-Aug-00 | 1.4845 |
| 29-Aug-00 | 1.4868 |
| 30-Aug-00 | 1.4805 |
| 31-Aug-00 | 1.4720 |
| 1-Sep-00 | 1.4742 |
| 4-Sep-00 | ND |
| 5-Sep-00 | 1.4752 |

| Date | Rate |
|---|---|
| 6-Sep-00 | |
| 7-Sep-00 | 1.4777 |
| 8-Sep-00 | 1.4781 |
| 11-Sep-00 | 1.4800 |
| 12-Sep-00 | 1.4825 |
| 13-Sep-00 | 1.4838 |
| 14-Sep-00 | 1.4869 |
| 15-Sep-00 | 1.4844 |
| 18-Sep-00 | 1.4905 |
| 19-Sep-00 | 1.4880 |
| 20-Sep-00 | 1.4833 |
| 21-Sep-00 | 1.4873 |
| 22-Sep-00 | 1.4892 |
| 25-Sep-00 | 1.4890 |
| 26-Sep-00 | 1.4880 |
| 27-Sep-00 | 1.4962 |
| 28-Sep-00 | 1.5030 |
| 29-Sep-00 | 1.5070 |
| 2-Oct-00 | 1.5108 |
| 3-Oct-00 | 1.5060 |
| 4-Oct-00 | 1.4990 |
| 5-Oct-00 | 1.4954 |
| 6-Oct-00 | 1.5013 |
| 9-Oct-00 | ND |
| 10-Oct-00 | 1.5014 |
| 11-Oct-00 | 1.5043 |
| 12-Oct-00 | 1.5085 |
| 13-Oct-00 | 1.5135 |
| 16-Oct-00 | 1.5195 |
| 17-Oct-00 | 1.5184 |
| 18-Oct-00 | 1.5200 |
| 19-Oct-00 | 1.5112 |
| 20-Oct-00 | 1.5119 |
| 23-Oct-00 | 1.5080 |
| 24-Oct-00 | 1.5118 |
| 25-Oct-00 | 1.5164 |
| 26-Oct-00 | 1.5187 |
| 27-Oct-00 | 1.5275 |
| 30-Oct-00 | 1.5311 |
| 31-Oct-00 | 1.5273 |
| 1-Nov-00 | 1.5263 |
| 2-Nov-00 | 1.5333 |
| 3-Nov-00 | 1.5348 |
| 6-Nov-00 | 1.5305 |
| 7-Nov-00 | 1.5315 |
| 8-Nov-00 | 1.5432 |
| 9-Nov-00 | 1.5455 |
| 10-Nov-00 | 1.5460 |
| 13-Nov-00 | 1.5472 |
| 14-Nov-00 | 1.5445 |
| 15-Nov-00 | 1.5510 |
| 16-Nov-00 | 1.5523 |
| 17-Nov-00 | 1.5600 |
| 20-Nov-00 | 1.5592 |
| 21-Nov-00 | 1.5553 |
| 22-Nov-00 | 1.5473 |
| 23-Nov-00 | ND |
| 24-Nov-00 | 1.5396 |
| 27-Nov-00 | 1.5348 |
| 28-Nov-00 | 1.5371 |
| 29-Nov-00 | 1.5405 |
| 30-Nov-00 | 1.5355 |
| 1-Dec-00 | 1.5389 |
| 4-Dec-00 | 1.5458 |
| 5-Dec-00 | 1.5438 |
| 6-Dec-00 | 1.5323 |

| Date | Rate |
|---|---|
| 7-Dec-00 | 1.5233 |
| 8-Dec-00 | 1.5205 |
| 11-Dec-00 | 1.5227 |
| 12-Dec-00 | 1.5249 |
| 13-Dec-00 | 1.5205 |
| 14-Dec-00 | 1.5165 |
| 15-Dec-00 | 1.5174 |
| 18-Dec-00 | 1.5254 |
| 19-Dec-00 | 1.5220 |
| 20-Dec-00 | 1.5215 |
| 21-Dec-00 | 1.5185 |
| 22-Dec-00 | 1.5168 |
| 25-Dec-00 | ND |
| 26-Dec-00 | 1.5099 |
| 27-Dec-00 | 1.5110 |
| 28-Dec-00 | 1.5073 |
| 29-Dec-00 | 1.4995 |
| 1-Jan-01 | ND |
| 2-Jan-01 | 1.4963 |
| 3-Jan-01 | 1.4982 |
| 4-Jan-01 | 1.4985 |
| 5-Jan-01 | 1.5003 |
| 8-Jan-01 | 1.4944 |
| 9-Jan-01 | 1.4973 |
| 10-Jan-01 | 1.4993 |
| 11-Jan-01 | 1.4978 |
| 12-Jan-01 | 1.4967 |
| 15-Jan-01 | ND |
| 16-Jan-01 | 1.5037 |
| 17-Jan-01 | 1.5123 |
| 18-Jan-01 | 1.5162 |
| 19-Jan-01 | 1.5155 |
| 22-Jan-01 | 1.5072 |
| 23-Jan-01 | 1.5073 |
| 24-Jan-01 | 1.5126 |
| 25-Jan-01 | 1.5080 |
| 26-Jan-01 | 1.5066 |
| 29-Jan-01 | 1.5010 |
| 30-Jan-01 | 1.4985 |
| 31-Jan-01 | 1.4995 |
| 1-Feb-01 | 1.4948 |
| 2-Feb-01 | 1.4933 |
| 5-Feb-01 | 1.5050 |
| 6-Feb-01 | 1.5080 |
| 7-Feb-01 | 1.5110 |
| 8-Feb-01 | 1.5117 |
| 9-Feb-01 | 1.5090 |
| 12-Feb-01 | 1.5205 |
| 13-Feb-01 | 1.5214 |
| 14-Feb-01 | 1.5287 |
| 15-Feb-01 | 1.5275 |
| 16-Feb-01 | 1.5368 |
| 19-Feb-01 | ND |
| 20-Feb-01 | 1.5399 |
| 21-Feb-01 | 1.5370 |
| 22-Feb-01 | 1.5378 |
| 23-Feb-01 | 1.5378 |
| 26-Feb-01 | 1.5314 |
| 27-Feb-01 | 1.5261 |
| 28-Feb-01 | 1.5320 |
| 1-Mar-01 | 1.5465 |
| 2-Mar-01 | 1.5489 |
| 5-Mar-01 | 1.5475 |
| 6-Mar-01 | 1.5388 |
| 7-Mar-01 | 1.5492 |
| 8-Mar-01 | 1.5497 |

| Date | Rate |
|---|---|
| 9-Mar-01 | 1.5580 |
| 12-Mar-01 | 1.5505 |
| 13-Mar-01 | 1.5477 |
| 14-Mar-01 | 1.5528 |
| 15-Mar-01 | 1.5595 |
| 16-Mar-01 | 1.5669 |
| 19-Mar-01 | 1.5698 |
| 20-Mar-01 | 1.5611 |
| 21-Mar-01 | 1.5730 |
| 22-Mar-01 | 1.5742 |
| 23-Mar-01 | 1.5667 |
| 26-Mar-01 | 1.5545 |
| 27-Mar-01 | 1.5693 |
| 28-Mar-01 | 1.5668 |
| 29-Mar-01 | 1.5725 |
| 30-Mar-01 | 1.5784 |
| 2-Apr-01 | 1.5750 |
| 3-Apr-01 | 1.5790 |
| 4-Apr-01 | 1.5697 |
| 5-Apr-01 | 1.5788 |
| 6-Apr-01 | 1.5615 |
| 9-Apr-01 | 1.5635 |
| 10-Apr-01 | 1.5555 |
| 11-Apr-01 | 1.5626 |
| 12-Apr-01 | 1.5600 |
| 13-Apr-01 | 1.5627 |
| 16-Apr-01 | 1.5625 |
| 17-Apr-01 | 1.5575 |
| 18-Apr-01 | 1.5692 |
| 19-Apr-01 | 1.5470 |
| 20-Apr-01 | 1.5425 |
| 23-Apr-01 | 1.5460 |
| 24-Apr-01 | 1.5490 |
| 25-Apr-01 | 1.5474 |
| 26-Apr-01 | 1.5460 |
| 27-Apr-01 | 1.5417 |
| 30-Apr-01 | 1.5360 |
| 1-May-01 | 1.5338 |
| 2-May-01 | 1.5310 |
| 3-May-01 | 1.5330 |
| 4-May-01 | 1.5353 |
| 7-May-01 | 1.5405 |
| 8-May-01 | 1.5445 |
| 9-May-01 | 1.5407 |
| 10-May-01 | 1.5391 |
| 11-May-01 | 1.5503 |
| 14-May-01 | 1.5541 |
| 15-May-01 | 1.5493 |
| 16-May-01 | 1.5405 |
| 17-May-01 | 1.5360 |
| 18-May-01 | 1.5328 |
| 21-May-01 | 1.5325 |
| 22-May-01 | 1.5415 |
| 23-May-01 | 1.5452 |
| 24-May-01 | 1.5474 |
| 25-May-01 | 1.5455 |
| 28-May-01 | ND |
| 29-May-01 | 1.5376 |
| 30-May-01 | 1.5464 |
| 31-May-01 | 1.5461 |
| 1-Jun-01 | 1.5324 |
| 4-Jun-01 | 1.5347 |
| 5-Jun-01 | 1.5328 |
| 6-Jun-01 | 1.5248 |
| 7-Jun-01 | 1.5210 |
| 8-Jun-01 | 1.5215 |

| Date | Rate |
|---|---|
| 11-Jun-01 | 1.5362 |
| 12-Jun-01 | 1.5246 |
| 13-Jun-01 | 1.5183 |
| 14-Jun-01 | 1.5208 |
| 15-Jun-01 | 1.5220 |
| 18-Jun-01 | 1.5336 |
| 19-Jun-01 | 1.5337 |
| 20-Jun-01 | 1.5310 |
| 21-Jun-01 | 1.5265 |
| 22-Jun-01 | 1.5293 |
| 25-Jun-01 | 1.5195 |
| 26-Jun-01 | 1.5142 |
| 27-Jun-01 | 1.5176 |
| 28-Jun-01 | 1.5233 |
| 29-Jun-01 | 1.5175 |
| 2-Jul-01 | 1.5153 |
| 3-Jul-01 | 1.5128 |
| 4-Jul-01 | ND |
| 5-Jul-01 | 1.5102 |
| 6-Jul-01 | 1.5200 |
| 9-Jul-01 | 1.5203 |
| 10-Jul-01 | 1.5213 |
| 11-Jul-01 | 1.5255 |
| 12-Jul-01 | 1.5280 |
| 13-Jul-01 | 1.5398 |
| 16-Jul-01 | 1.5400 |
| 17-Jul-01 | 1.5400 |
| 18-Jul-01 | 1.5350 |
| 19-Jul-01 | 1.5418 |
| 20-Jul-01 | 1.5450 |
| 23-Jul-01 | 1.5450 |
| 24-Jul-01 | 1.5383 |
| 25-Jul-01 | 1.5381 |
| 26-Jul-01 | 1.5335 |
| 27-Jul-01 | 1.5352 |
| 30-Jul-01 | 1.5305 |
| 31-Jul-01 | 1.5310 |
| 1-Aug-01 | 1.5358 |
| 2-Aug-01 | 1.5417 |
| 3-Aug-01 | 1.5356 |
| 6-Aug-01 | 1.5275 |
| 7-Aug-01 | 1.5343 |
| 8-Aug-01 | 1.5333 |
| 9-Aug-01 | 1.5395 |
| 10-Aug-01 | 1.5405 |
| 13-Aug-01 | 1.5390 |
| 14-Aug-01 | 1.5413 |
| 15-Aug-01 | 1.5290 |
| 16-Aug-01 | 1.5314 |
| 17-Aug-01 | 1.5428 |
| 20-Aug-01 | 1.5461 |
| 21-Aug-01 | 1.5490 |
| 22-Aug-01 | 1.5438 |
| 23-Aug-01 | 1.5423 |
| 24-Aug-01 | 1.5414 |
| 27-Aug-01 | 1.5423 |
| 28-Aug-01 | 1.5401 |
| 29-Aug-01 | 1.5462 |
| 30-Aug-01 | 1.5460 |
| 31-Aug-01 | 1.5478 |
| 3-Sep-01 | ND |
| 4-Sep-01 | 1.5535 |
| 5-Sep-01 | 1.5603 |
| 6-Sep-01 | 1.5590 |
| 7-Sep-01 | 1.5680 |
| 10-Sep-01 | 1.5656 |

| Date | Rate |
|---|---|
| 11-Sep-01 | ND |
| 12-Sep-01 | 1.5610 |
| 13-Sep-01 | 1.5681 |
| 14-Sep-01 | 1.5641 |
| 17-Sep-01 | 1.5686 |
| 18-Sep-01 | 1.5708 |
| 19-Sep-01 | 1.5711 |
| 20-Sep-01 | 1.5708 |
| 21-Sep-01 | 1.5707 |
| 24-Sep-01 | 1.5686 |
| 25-Sep-01 | 1.5705 |
| 26-Sep-01 | 1.5734 |
| 27-Sep-01 | 1.5791 |
| 28-Sep-01 | 1.5797 |
| 1-Oct-01 | 1.5794 |
| 2-Oct-01 | 1.5696 |
| 3-Oct-01 | 1.5688 |
| 4-Oct-01 | 1.5680 |
| 5-Oct-01 | 1.5626 |
| 8-Oct-01 | ND |
| 9-Oct-01 | 1.5638 |
| 10-Oct-01 | 1.5679 |
| 11-Oct-01 | 1.5680 |
| 12-Oct-01 | 1.5659 |
| 15-Oct-01 | 1.5582 |
| 16-Oct-01 | 1.5621 |
| 17-Oct-01 | 1.5687 |
| 18-Oct-01 | 1.5763 |
| 19-Oct-01 | 1.5756 |
| 22-Oct-01 | 1.5787 |
| 23-Oct-01 | 1.5723 |
| 24-Oct-01 | 1.5745 |
| 25-Oct-01 | 1.5775 |
| 26-Oct-01 | 1.5750 |
| 29-Oct-01 | 1.5750 |
| 30-Oct-01 | 1.5785 |
| 31-Oct-01 | 1.5905 |
| 1-Nov-01 | 1.5913 |
| 2-Nov-01 | 1.5925 |
| 5-Nov-01 | 1.5958 |
| 6-Nov-01 | 1.5938 |
| 7-Nov-01 | 1.5935 |
| 8-Nov-01 | 1.5980 |
| 9-Nov-01 | 1.6023 |
| 12-Nov-01 | ND |
| 13-Nov-01 | 1.5982 |
| 14-Nov-01 | 1.5923 |
| 15-Nov-01 | 1.5870 |
| 16-Nov-01 | 1.5870 |
| 19-Nov-01 | 1.5849 |
| 20-Nov-01 | 1.5933 |
| 21-Nov-01 | 1.6018 |
| 22-Nov-01 | ND |
| 23-Nov-01 | 1.5981 |
| 26-Nov-01 | 1.6005 |
| 27-Nov-01 | 1.5948 |
| 28-Nov-01 | 1.5853 |
| 29-Nov-01 | 1.5828 |
| 30-Nov-01 | 1.5717 |
| 3-Dec-01 | 1.5762 |
| 4-Dec-01 | 1.5729 |
| 5-Dec-01 | 1.5716 |
| 6-Dec-01 | 1.5767 |
| 7-Dec-01 | 1.5725 |
| 10-Dec-01 | 1.5787 |
| 11-Dec-01 | 1.5781 |

| Date | Rate |
|---|---|
| 12-Dec-01 | 1.5664 |
| 13-Dec-01 | 1.5675 |
| 14-Dec-01 | 1.5635 |
| 17-Dec-01 | 1.5646 |
| 18-Dec-01 | 1.5729 |
| 19-Dec-01 | 1.5743 |
| 20-Dec-01 | 1.5782 |
| 21-Dec-01 | 1.5850 |
| 24-Dec-01 | 1.5945 |
| 25-Dec-01 | ND |
| 26-Dec-01 | 1.5990 |
| 27-Dec-01 | 1.5954 |
| 28-Dec-01 | 1.5956 |
| 31-Dec-01 | 1.5925 |
| 1-Jan-02 | ND |
| 2-Jan-02 | 1.5974 |
| 3-Jan-02 | 1.5970 |
| 4-Jan-02 | 1.5977 |
| 7-Jan-02 | 1.5981 |
| 8-Jan-02 | 1.5949 |
| 9-Jan-02 | 1.5965 |
| 10-Jan-02 | 1.6012 |
| 11-Jan-02 | 1.5975 |
| 14-Jan-02 | 1.5974 |
| 15-Jan-02 | 1.5899 |
| 16-Jan-02 | 1.5945 |
| 17-Jan-02 | 1.6110 |
| 18-Jan-02 | 1.6128 |
| 21-Jan-02 | ND |
| 22-Jan-02 | 1.6084 |
| 23-Jan-02 | 1.6040 |
| 24-Jan-02 | 1.6020 |
| 25-Jan-02 | 1.6083 |
| 28-Jan-02 | 1.6126 |
| 29-Jan-02 | 1.5903 |
| 30-Jan-02 | 1.5910 |
| 31-Jan-02 | 1.5915 |
| 1-Feb-02 | 1.5908 |
| 4-Feb-02 | 1.5919 |
| 5-Feb-02 | 1.5985 |
| 6-Feb-02 | 1.6042 |
| 7-Feb-02 | 1.6037 |
| 8-Feb-02 | 1.5970 |
| 11-Feb-02 | 1.5895 |
| 12-Feb-02 | 1.5919 |
| 13-Feb-02 | 1.5910 |
| 14-Feb-02 | 1.5919 |
| 15-Feb-02 | 1.5908 |
| 18-Feb-02 | ND |
| 19-Feb-02 | 1.5885 |
| 20-Feb-02 | 1.5905 |
| 21-Feb-02 | 1.5914 |
| 22-Feb-02 | 1.5945 |
| 25-Feb-02 | 1.6010 |
| 26-Feb-02 | 1.6112 |
| 27-Feb-02 | 1.6084 |
| 28-Feb-02 | 1.6049 |
| 1-Mar-02 | 1.5955 |
| 4-Mar-02 | 1.5900 |
| 5-Mar-02 | 1.5905 |
| 6-Mar-02 | 1.5835 |
| 7-Mar-02 | 1.5823 |
| 8-Mar-02 | 1.5857 |
| 11-Mar-02 | 1.5843 |
| 12-Mar-02 | 1.5858 |
| 13-Mar-02 | 1.5935 |

| Date | Rate |
|---|---|
| 14-Mar-02 | 1.5943 |
| 15-Mar-02 | 1.5863 |
| 18-Mar-02 | 1.5880 |
| 19-Mar-02 | 1.5842 |
| 20-Mar-02 | 1.5793 |
| 21-Mar-02 | 1.5808 |
| 22-Mar-02 | 1.5767 |
| 25-Mar-02 | 1.5858 |
| 26-Mar-02 | 1.5925 |
| 27-Mar-02 | 1.5938 |
| 28-Mar-02 | 1.5940 |
| 29-Mar-02 | 1.5958 |
| 1-Apr-02 | 1.5995 |
| 2-Apr-02 | 1.5934 |
| 3-Apr-02 | 1.5890 |
| 4-Apr-02 | 1.5930 |
| 5-Apr-02 | 1.5900 |
| 8-Apr-02 | 1.5941 |
| 9-Apr-02 | 1.5964 |
| 10-Apr-02 | 1.5930 |
| 11-Apr-02 | 1.5879 |
| 12-Apr-02 | 1.5879 |
| 15-Apr-02 | 1.5892 |
| 16-Apr-02 | 1.5798 |
| 17-Apr-02 | 1.5745 |
| 18-Apr-02 | 1.5747 |
| 19-Apr-02 | 1.5723 |
| 22-Apr-02 | 1.5730 |
| 23-Apr-02 | 1.5753 |
| 24-Apr-02 | 1.5685 |
| 25-Apr-02 | 1.5636 |
| 26-Apr-02 | 1.5632 |
| 29-Apr-02 | 1.5663 |
| 30-Apr-02 | 1.5681 |
| 1-May-02 | 1.5579 |
| 2-May-02 | 1.5621 |
| 3-May-02 | 1.5650 |
| 6-May-02 | 1.5685 |
| 7-May-02 | 1.5705 |
| 8-May-02 | 1.5708 |
| 9-May-02 | 1.5687 |
| 10-May-02 | 1.5575 |
| 13-May-02 | 1.5585 |
| 14-May-02 | 1.5590 |
| 15-May-02 | 1.5563 |
| 16-May-02 | 1.5550 |
| 17-May-02 | 1.5420 |
| 20-May-02 | 1.5415 |
| 21-May-02 | 1.5387 |
| 22-May-02 | 1.5361 |
| 23-May-02 | 1.5338 |
| 24-May-02 | 1.5350 |
| 27-May-02 | ND |
| 28-May-02 | 1.5305 |
| 29-May-02 | 1.5345 |
| 30-May-02 | 1.5340 |
| 31-May-02 | 1.5275 |
| 3-Jun-02 | 1.5282 |
| 4-Jun-02 | 1.5284 |
| 5-Jun-02 | 1.5350 |
| 6-Jun-02 | 1.5325 |
| 7-Jun-02 | 1.5321 |
| 10-Jun-02 | 1.5385 |
| 11-Jun-02 | 1.5383 |
| 12-Jun-02 | 1.5365 |
| 13-Jun-02 | 1.5398 |

| Date | Rate |
|---|---|
| 14-Jun-02 | 1.5499 |
| 17-Jun-02 | 1.5474 |
| 18-Jun-02 | 1.5443 |
| 19-Jun-02 | 1.5415 |
| 20-Jun-02 | 1.5319 |
| 21-Jun-02 | 1.5232 |
| 24-Jun-02 | 1.5166 |
| 25-Jun-02 | 1.5218 |
| 26-Jun-02 | 1.5211 |
| 27-Jun-02 | 1.5108 |
| 28-Jun-02 | 1.5190 |
| 1-Jul-02 | 1.5190 |
| 2-Jul-02 | 1.5263 |
| 3-Jul-02 | 1.5290 |
| 4-Jul-02 | ND |
| 5-Jul-02 | 1.5247 |
| 8-Jul-02 | 1.5208 |
| 9-Jul-02 | 1.5145 |
| 10-Jul-02 | 1.5203 |
| 11-Jul-02 | 1.5223 |
| 12-Jul-02 | 1.5299 |
| 15-Jul-02 | 1.5365 |
| 16-Jul-02 | 1.5347 |
| 17-Jul-02 | 1.5399 |
| 18-Jul-02 | 1.5440 |
| 19-Jul-02 | 1.5386 |
| 22-Jul-02 | 1.5562 |
| 23-Jul-02 | 1.5779 |
| 24-Jul-02 | 1.5765 |
| 25-Jul-02 | 1.5725 |
| 26-Jul-02 | 1.5880 |
| 29-Jul-02 | 1.5725 |
| 30-Jul-02 | 1.5735 |
| 31-Jul-02 | 1.5845 |
| 1-Aug-02 | 1.5867 |
| 2-Aug-02 | 1.5885 |
| 5-Aug-02 | 1.5963 |
| 6-Aug-02 | 1.5935 |
| 7-Aug-02 | 1.5807 |
| 8-Aug-02 | 1.5818 |
| 9-Aug-02 | 1.5725 |
| 12-Aug-02 | 1.5739 |
| 13-Aug-02 | 1.5658 |
| 14-Aug-02 | 1.5657 |
| 15-Aug-02 | 1.5583 |
| 16-Aug-02 | 1.5609 |
| 19-Aug-02 | 1.5715 |
| 20-Aug-02 | 1.5716 |
| 21-Aug-02 | 1.5586 |
| 22-Aug-02 | 1.5566 |
| 23-Aug-02 | 1.5563 |
| 26-Aug-02 | 1.5575 |
| 27-Aug-02 | 1.5523 |
| 28-Aug-02 | 1.5599 |
| 29-Aug-02 | 1.5598 |
| 30-Aug-02 | 1.5585 |
| 2-Sep-02 | ND |
| 3-Sep-02 | 1.5545 |
| 4-Sep-02 | 1.5663 |
| 5-Sep-02 | 1.5672 |
| 6-Sep-02 | 1.5637 |
| 9-Sep-02 | 1.5662 |
| 10-Sep-02 | 1.5737 |
| 11-Sep-02 | 1.5770 |
| 12-Sep-02 | 1.5848 |
| 13-Sep-02 | 1.5858 |

| Date | Rate |
|---|---|
| 16-Sep-02 | 1.5830 |
| 17-Sep-02 | 1.5791 |
| 18-Sep-02 | 1.5835 |
| 19-Sep-02 | 1.5727 |
| 20-Sep-02 | 1.5730 |
| 23-Sep-02 | 1.5845 |
| 24-Sep-02 | 1.5856 |
| 25-Sep-02 | 1.5812 |
| 26-Sep-02 | 1.5769 |
| 27-Sep-02 | 1.5777 |
| 30-Sep-02 | 1.5863 |
| 1-Oct-02 | 1.5863 |
| 2-Oct-02 | 1.5855 |
| 3-Oct-02 | 1.5903 |
| 4-Oct-02 | 1.5943 |
| 7-Oct-02 | 1.5922 |
| 8-Oct-02 | 1.5935 |
| 9-Oct-02 | 1.5933 |
| 10-Oct-02 | 1.5916 |
| 11-Oct-02 | 1.5888 |
| 14-Oct-02 | ND |
| 15-Oct-02 | 1.5857 |
| 16-Oct-02 | 1.5840 |
| 17-Oct-02 | 1.5725 |
| 18-Oct-02 | 1.5723 |
| 21-Oct-02 | 1.5682 |
| 22-Oct-02 | 1.5680 |
| 23-Oct-02 | 1.5685 |
| 24-Oct-02 | 1.5610 |
| 25-Oct-02 | 1.5676 |
| 28-Oct-02 | 1.5607 |
| 29-Oct-02 | 1.5632 |
| 30-Oct-02 | 1.5677 |
| 31-Oct-02 | 1.5610 |
| 1-Nov-02 | 1.5580 |
| 4-Nov-02 | 1.5562 |
| 5-Nov-02 | 1.5563 |
| 6-Nov-02 | 1.5586 |
| 7-Nov-02 | 1.5528 |
| 8-Nov-02 | 1.5644 |
| 11-Nov-02 | ND |
| 12-Nov-02 | 1.5739 |
| 13-Nov-02 | 1.5765 |
| 14-Nov-02 | 1.5748 |
| 15-Nov-02 | 1.5815 |
| 18-Nov-02 | 1.5903 |
| 19-Nov-02 | 1.5853 |
| 20-Nov-02 | 1.5840 |
| 21-Nov-02 | 1.5783 |
| 22-Nov-02 | 1.5804 |
| 25-Nov-02 | 1.5735 |
| 26-Nov-02 | 1.5720 |
| 27-Nov-02 | 1.5750 |
| 28-Nov-02 | ND |
| 29-Nov-02 | 1.5658 |
| 2-Dec-02 | 1.5595 |
| 3-Dec-02 | 1.5573 |
| 4-Dec-02 | 1.5579 |
| 5-Dec-02 | 1.5612 |
| 6-Dec-02 | 1.5660 |
| 9-Dec-02 | 1.5615 |
| 10-Dec-02 | 1.5612 |
| 11-Dec-02 | 1.5562 |
| 12-Dec-02 | 1.5550 |
| 13-Dec-02 | 1.5603 |
| 16-Dec-02 | 1.5627 |