| Date | Rate |
|---|---|
| 17-Dec-02 | 1.5510 |
| 18-Dec-02 | 1.5538 |
| 19-Dec-02 | 1.5478 |
| 20-Dec-02 | 1.5525 |
| 23-Dec-02 | 1.5508 |
| 24-Dec-02 | 1.5482 |
| 25-Dec-02 | ND |
| 26-Dec-02 | 1.5532 |
| 27-Dec-02 | 1.5683 |
| 30-Dec-02 | 1.5792 |
| 31-Dec-02 | 1.5800 |
| 1-Jan-03 | ND |
| 2-Jan-03 | 1.5750 |
| 3-Jan-03 | 1.5665 |
| 6-Jan-03 | 1.5598 |
| 7-Jan-03 | 1.5590 |
| 8-Jan-03 | 1.5613 |
| 9-Jan-03 | 1.5541 |
| 10-Jan-03 | 1.5502 |
| 13-Jan-03 | 1.5423 |
| 14-Jan-03 | 1.5396 |
| 15-Jan-03 | 1.5353 |
| 16-Jan-03 | 1.5366 |
| 17-Jan-03 | 1.5355 |
| 20-Jan-03 | ND |
| 21-Jan-03 | 1.5332 |
| 22-Jan-03 | 1.5324 |
| 23-Jan-03 | 1.5240 |
| 24-Jan-03 | 1.5220 |
| 27-Jan-03 | 1.5246 |
| 28-Jan-03 | 1.5359 |
| 29-Jan-03 | 1.5235 |
| 30-Jan-03 | 1.5310 |
| 31-Jan-03 | 1.5286 |
| 3-Feb-03 | 1.5207 |
| 4-Feb-03 | 1.5146 |
| 5-Feb-03 | 1.5195 |
| 6-Feb-03 | 1.5213 |
| 7-Feb-03 | 1.5215 |
| 10-Feb-03 | 1.5315 |
| 11-Feb-03 | 1.5303 |
| 12-Feb-03 | 1.5290 |
| 13-Feb-03 | 1.5199 |
| 14-Feb-03 | 1.5191 |
| 17-Feb-03 | ND |
| 18-Feb-03 | 1.5150 |
| 19-Feb-03 | 1.5140 |
| 20-Feb-03 | 1.5047 |
| 21-Feb-03 | 1.5052 |
| 24-Feb-03 | 1.4944 |
| 25-Feb-03 | 1.4928 |
| 26-Feb-03 | 1.4939 |
| 27-Feb-03 | 1.4954 |
| 28-Feb-03 | 1.4880 |
| 3-Mar-03 | 1.4853 |
| 4-Mar-03 | 1.4775 |
| 5-Mar-03 | 1.4727 |
| 6-Mar-03 | 1.4714 |
| 7-Mar-03 | 1.4665 |
| 10-Mar-03 | 1.4659 |
| 11-Mar-03 | 1.4725 |
| 12-Mar-03 | 1.4728 |
| 13-Mar-03 | 1.4855 |
| 14-Mar-03 | 1.4822 |
| 17-Mar-03 | 1.4835 |
| 18-Mar-03 | 1.4788 |

| Date | Rate |
|---|---|
| 19-Mar-03 | 1.4804 |
| 20-Mar-03 | 1.4788 |
| 21-Mar-03 | 1.4905 |
| 24-Mar-03 | 1.4805 |
| 25-Mar-03 | 1.4770 |
| 26-Mar-03 | 1.4711 |
| 27-Mar-03 | 1.4673 |
| 28-Mar-03 | 1.4680 |
| 31-Mar-03 | 1.4695 |
| 1-Apr-03 | 1.4729 |
| 2-Apr-03 | 1.4762 |
| 3-Apr-03 | 1.4760 |
| 4-Apr-03 | 1.4720 |
| 7-Apr-03 | 1.4843 |
| 8-Apr-03 | 1.4677 |
| 9-Apr-03 | 1.4678 |
| 10-Apr-03 | 1.4570 |
| 11-Apr-03 | 1.4519 |
| 14-Apr-03 | 1.4533 |
| 15-Apr-03 | 1.4515 |
| 16-Apr-03 | 1.4563 |
| 17-Apr-03 | 1.4490 |
| 18-Apr-03 | 1.4500 |
| 21-Apr-03 | 1.4547 |
| 22-Apr-03 | 1.4473 |
| 23-Apr-03 | 1.4512 |
| 24-Apr-03 | 1.4579 |
| 25-Apr-03 | 1.4535 |
| 28-Apr-03 | 1.4504 |
| 29-Apr-03 | 1.4460 |
| 30-Apr-03 | 1.4336 |
| 1-May-03 | 1.4191 |
| 2-May-03 | 1.4221 |
| 5-May-03 | 1.4134 |
| 6-May-03 | 1.4085 |
| 7-May-03 | 1.4010 |
| 8-May-03 | 1.3950 |
| 9-May-03 | 1.3930 |
| 12-May-03 | 1.3885 |
| 13-May-03 | 1.3898 |
| 14-May-03 | 1.3786 |
| 15-May-03 | 1.3757 |
| 16-May-03 | 1.3672 |
| 19-May-03 | 1.3604 |
| 20-May-03 | 1.3446 |
| 21-May-03 | 1.3498 |
| 22-May-03 | 1.3679 |
| 23-May-03 | 1.3783 |
| 26-May-03 | ND |
| 27-May-03 | 1.3754 |
| 28-May-03 | 1.3867 |
| 29-May-03 | 1.3769 |
| 30-May-03 | 1.3712 |
| 2-Jun-03 | 1.3696 |
| 3-Jun-03 | 1.3768 |
| 4-Jun-03 | 1.3575 |
| 5-Jun-03 | 1.3404 |
| 6-Jun-03 | 1.3540 |
| 9-Jun-03 | 1.3585 |
| 10-Jun-03 | 1.3649 |
| 11-Jun-03 | 1.3523 |
| 12-Jun-03 | 1.3492 |
| 13-Jun-03 | 1.3362 |
| 16-Jun-03 | 1.3397 |
| 17-Jun-03 | 1.3393 |
| 18-Jun-03 | 1.3348 |

| Date | Rate |
|---|---|
| 19-Jun-03 | 1.3508 |
| 20-Jun-03 | 1.3590 |
| 23-Jun-03 | 1.3561 |
| 24-Jun-03 | 1.3614 |
| 25-Jun-03 | 1.3428 |
| 26-Jun-03 | 1.3542 |
| 27-Jun-03 | 1.3494 |
| 30-Jun-03 | 1.3558 |
| 1-Jul-03 | 1.3492 |
| 2-Jul-03 | 1.3368 |
| 3-Jul-03 | 1.3368 |
| 4-Jul-03 | ND |
| 7-Jul-03 | 1.3486 |
| 8-Jul-03 | 1.3702 |
| 9-Jul-03 | 1.3748 |
| 10-Jul-03 | 1.3822 |
| 11-Jul-03 | 1.3762 |
| 14-Jul-03 | 1.3739 |
| 15-Jul-03 | 1.3927 |
| 16-Jul-03 | 1.3874 |
| 17-Jul-03 | 1.3973 |
| 18-Jul-03 | 1.4114 |
| 21-Jul-03 | 1.4052 |
| 22-Jul-03 | 1.4106 |
| 23-Jul-03 | 1.3990 |
| 24-Jul-03 | 1.3964 |
| 25-Jul-03 | 1.3813 |
| 28-Jul-03 | 1.3827 |
| 29-Jul-03 | 1.3857 |
| 30-Jul-03 | 1.4002 |
| 31-Jul-03 | 1.4074 |
| 1-Aug-03 | 1.3960 |
| 4-Aug-03 | 1.4065 |
| 5-Aug-03 | 1.4045 |
| 6-Aug-03 | 1.4060 |
| 7-Aug-03 | 1.3933 |
| 8-Aug-03 | 1.3935 |
| 11-Aug-03 | 1.3840 |
| 12-Aug-03 | 1.3852 |
| 13-Aug-03 | 1.3836 |
| 14-Aug-03 | 1.3937 |
| 15-Aug-03 | 1.3873 |
| 18-Aug-03 | 1.3913 |
| 19-Aug-03 | 1.4010 |
| 20-Aug-03 | 1.4028 |
| 21-Aug-03 | 1.4067 |
| 22-Aug-03 | 1.4100 |
| 25-Aug-03 | 1.3985 |
| 26-Aug-03 | 1.3933 |
| 27-Aug-03 | 1.4022 |
| 28-Aug-03 | 1.3973 |
| 29-Aug-03 | 1.3850 |
| 1-Sep-03 | ND |
| 2-Sep-03 | 1.3876 |
| 3-Sep-03 | 1.3816 |
| 4-Sep-03 | 1.3735 |
| 5-Sep-03 | 1.3714 |
| 8-Sep-03 | 1.3710 |
| 9-Sep-03 | 1.3668 |
| 10-Sep-03 | 1.3659 |
| 11-Sep-03 | 1.3709 |
| 12-Sep-03 | 1.3630 |
| 15-Sep-03 | 1.3660 |
| 16-Sep-03 | 1.3690 |
| 17-Sep-03 | 1.3667 |
| 18-Sep-03 | 1.3644 |

| Date | Rate |
| --- | --- |
| 19-Sep-03 | 1.3569 |
| 22-Sep-03 | 1.3474 |
| 23-Sep-03 | 1.3561 |
| 24-Sep-03 | 1.3543 |
| 25-Sep-03 | 1.3477 |
| 26-Sep-03 | 1.3547 |
| 29-Sep-03 | 1.3552 |
| 30-Sep-03 | 1.3507 |
| 1-Oct-03 | 1.3481 |
| 2-Oct-03 | 1.3388 |
| 3-Oct-03 | 1.3418 |
| 6-Oct-03 | 1.3413 |
| 7-Oct-03 | 1.3295 |
| 8-Oct-03 | 1.3332 |
| 9-Oct-03 | 1.3401 |
| 10-Oct-03 | 1.3210 |
| 13-Oct-03 | ND |
| 14-Oct-03 | 1.3234 |
| 15-Oct-03 | 1.3243 |
| 16-Oct-03 | 1.3162 |
| 17-Oct-03 | 1.3145 |
| 20-Oct-03 | 1.3200 |
| 21-Oct-03 | 1.3160 |
| 22-Oct-03 | 1.3043 |
| 23-Oct-03 | 1.3087 |
| 24-Oct-03 | 1.3072 |
| 27-Oct-03 | 1.3107 |
| 28-Oct-03 | 1.3108 |
| 29-Oct-03 | 1.3098 |
| 30-Oct-03 | 1.3069 |
| 31-Oct-03 | 1.3195 |
| 3-Nov-03 | 1.3323 |
| 4-Nov-03 | 1.3321 |
| 5-Nov-03 | 1.3312 |
| 6-Nov-03 | 1.3362 |
| 7-Nov-03 | 1.3237 |
| 10-Nov-03 | 1.3108 |
| 11-Nov-03 | ND |
| 12-Nov-03 | 1.3007 |
| 13-Nov-03 | 1.3000 |
| 14-Nov-03 | 1.3034 |
| 17-Nov-03 | 1.3143 |
| 18-Nov-03 | 1.3025 |
| 19-Nov-03 | 1.3040 |
| 20-Nov-03 | 1.3031 |
| 21-Nov-03 | 1.3042 |
| 24-Nov-03 | 1.3210 |
| 25-Nov-03 | 1.3135 |
| 26-Nov-03 | 1.3045 |
| 27-Nov-03 | ND |
| 28-Nov-03 | 1.2973 |
| 1-Dec-03 | 1.3023 |
| 2-Dec-03 | 1.2988 |
| 3-Dec-03 | 1.3000 |
| 4-Dec-03 | 1.3125 |
| 5-Dec-03 | 1.3045 |
| 8-Dec-03 | 1.2967 |
| 9-Dec-03 | 1.3092 |
| 10-Dec-03 | 1.3078 |
| 11-Dec-03 | 1.3272 |
| 12-Dec-03 | 1.3150 |
| 15-Dec-03 | 1.3129 |
| 16-Dec-03 | 1.3185 |
| 17-Dec-03 | 1.3250 |
| 18-Dec-03 | 1.3295 |
| 19-Dec-03 | 1.3405 |

| Date | Rate |
|---|---|
| 22-Dec-03 | 1.3320 |
| 23-Dec-03 | 1.3244 |
| 24-Dec-03 | 1.3109 |
| 25-Dec-03 | ND |
| 26-Dec-03 | 1.3067 |
| 29-Dec-03 | 1.3103 |
| 30-Dec-03 | 1.3036 |
| 31-Dec-03 | 1.2923 |
| 1-Jan-04 | ND |
| 2-Jan-04 | 1.2900 |
| 5-Jan-04 | 1.2803 |
| 6-Jan-04 | 1.2824 |
| 7-Jan-04 | 1.2884 |
| 8-Jan-04 | 1.2790 |
| 9-Jan-04 | 1.2690 |
| 12-Jan-04 | 1.2735 |
| 13-Jan-04 | 1.2729 |
| 14-Jan-04 | 1.2866 |
| 15-Jan-04 | 1.2990 |
| 16-Jan-04 | 1.2975 |
| 19-Jan-04 | ND |
| 20-Jan-04 | 1.2861 |
| 21-Jan-04 | 1.3018 |
| 22-Jan-04 | 1.2970 |
| 23-Jan-04 | 1.3115 |
| 26-Jan-04 | 1.3130 |
| 27-Jan-04 | 1.3048 |
| 28-Jan-04 | 1.3218 |
| 29-Jan-04 | 1.3340 |
| 30-Jan-04 | 1.3265 |
| 2-Feb-04 | 1.3385 |
| 3-Feb-04 | 1.3374 |
| 4-Feb-04 | 1.3330 |
| 5-Feb-04 | 1.3318 |
| 6-Feb-04 | 1.3297 |
| 9-Feb-04 | 1.3304 |
| 10-Feb-04 | 1.3289 |
| 11-Feb-04 | 1.3178 |
| 12-Feb-04 | 1.3188 |
| 13-Feb-04 | 1.3148 |
| 16-Feb-04 | ND |
| 17-Feb-04 | 1.3108 |
| 18-Feb-04 | 1.3182 |
| 19-Feb-04 | 1.3283 |
| 20-Feb-04 | 1.3442 |
| 23-Feb-04 | 1.3363 |
| 24-Feb-04 | 1.3283 |
| 25-Feb-04 | 1.3370 |
| 26-Feb-04 | 1.3433 |
| 27-Feb-04 | 1.3405 |
| 1-Mar-04 | 1.3395 |
| 2-Mar-04 | 1.3437 |
| 3-Mar-04 | 1.3480 |
| 4-Mar-04 | 1.3326 |
| 5-Mar-04 | 1.3191 |
| 8-Mar-04 | 1.3235 |
| 9-Mar-04 | 1.3188 |
| 10-Mar-04 | 1.3275 |
| 11-Mar-04 | 1.3228 |
| 12-Mar-04 | 1.3385 |
| 15-Mar-04 | 1.3322 |
| 16-Mar-04 | 1.3333 |
| 17-Mar-04 | 1.3419 |
| 18-Mar-04 | 1.3290 |
| 19-Mar-04 | 1.3310 |
| 22-Mar-04 | 1.3280 |

| Date | Rate |
|---|---|
| 23-Mar-04 | 1.3390 |
| 24-Mar-04 | 1.3385 |
| 25-Mar-04 | 1.3303 |
| 26-Mar-04 | 1.3194 |
| 29-Mar-04 | 1.3097 |
| 30-Mar-04 | 1.3080 |
| 31-Mar-04 | 1.3100 |
| 1-Apr-04 | 1.3101 |
| 2-Apr-04 | 1.3140 |
| 5-Apr-04 | 1.3152 |
| 6-Apr-04 | 1.3095 |
| 7-Apr-04 | 1.3130 |
| 8-Apr-04 | 1.3260 |
| 9-Apr-04 | 1.3292 |
| 12-Apr-04 | 1.3377 |
| 13-Apr-04 | 1.3363 |
| 14-Apr-04 | 1.3445 |
| 15-Apr-04 | 1.3485 |
| 16-Apr-04 | 1.3445 |
| 19-Apr-04 | 1.3467 |
| 20-Apr-04 | 1.3534 |
| 21-Apr-04 | 1.3590 |
| 22-Apr-04 | 1.3590 |
| 23-Apr-04 | 1.3612 |
| 26-Apr-04 | 1.3559 |
| 27-Apr-04 | 1.3517 |
| 28-Apr-04 | 1.3672 |
| 29-Apr-04 | 1.3697 |
| 30-Apr-04 | 1.3711 |
| 3-May-04 | 1.3740 |
| 4-May-04 | 1.3702 |
| 5-May-04 | 1.3725 |
| 6-May-04 | 1.3784 |
| 7-May-04 | 1.3858 |
| 10-May-04 | 1.3934 |
| 11-May-04 | 1.3866 |
| 12-May-04 | 1.3878 |
| 13-May-04 | 1.3970 |
| 14-May-04 | 1.3928 |
| 17-May-04 | 1.3855 |
| 18-May-04 | 1.3913 |
| 19-May-04 | 1.3769 |
| 20-May-04 | 1.3705 |
| 21-May-04 | 1.3734 |
| 24-May-04 | 1.3697 |
| 25-May-04 | 1.3763 |
| 26-May-04 | 1.3705 |
| 27-May-04 | 1.3580 |
| 28-May-04 | 1.3666 |
| 31-May-04 | ND |
| 1-Jun-04 | 1.3687 |
| 2-Jun-04 | 1.3618 |
| 3-Jun-04 | 1.3606 |
| 4-Jun-04 | 1.3505 |
| 7-Jun-04 | 1.3450 |
| 8-Jun-04 | 1.3468 |
| 9-Jun-04 | 1.3541 |
| 10-Jun-04 | 1.3572 |
| 11-Jun-04 | 1.3656 |
| 14-Jun-04 | 1.3682 |
| 15-Jun-04 | 1.3699 |
| 16-Jun-04 | 1.3772 |
| 17-Jun-04 | 1.3752 |
| 18-Jun-04 | 1.3645 |
| 21-Jun-04 | 1.3640 |
| 22-Jun-04 | 1.3592 |

| Date | Rate |
|---|---|
| 23-Jun-04 | 1.3504 |
| 24-Jun-04 | 1.3430 |
| 25-Jun-04 | 1.3489 |
| 28-Jun-04 | 1.3435 |
| 29-Jun-04 | 1.3465 |
| 30-Jun-04 | 1.3407 |
| 1-Jul-04 | 1.3325 |
| 2-Jul-04 | 1.3254 |
| 5-Jul-04 | ND |
| 6-Jul-04 | 1.3261 |
| 7-Jul-04 | 1.3196 |
| 8-Jul-04 | 1.3164 |
| 9-Jul-04 | 1.3207 |
| 12-Jul-04 | 1.3188 |
| 13-Jul-04 | 1.3259 |
| 14-Jul-04 | 1.3225 |
| 15-Jul-04 | 1.3240 |
| 16-Jul-04 | 1.3092 |
| 19-Jul-04 | 1.3082 |
| 20-Jul-04 | 1.3099 |
| 21-Jul-04 | 1.3242 |
| 22-Jul-04 | 1.3136 |
| 23-Jul-04 | 1.3219 |
| 26-Jul-04 | 1.3320 |
| 27-Jul-04 | 1.3353 |
| 28-Jul-04 | 1.3309 |
| 29-Jul-04 | 1.3259 |
| 30-Jul-04 | 1.3296 |
| 2-Aug-04 | 1.3314 |
| 3-Aug-04 | 1.3185 |
| 4-Aug-04 | 1.3152 |
| 5-Aug-04 | 1.3178 |
| 6-Aug-04 | 1.3100 |
| 9-Aug-04 | 1.3165 |
| 10-Aug-04 | 1.3139 |
| 11-Aug-04 | 1.3240 |
| 12-Aug-04 | 1.3323 |
| 13-Aug-04 | 1.3092 |
| 16-Aug-04 | 1.3076 |
| 17-Aug-04 | 1.3080 |
| 18-Aug-04 | 1.3074 |
| 19-Aug-04 | 1.2964 |
| 20-Aug-04 | 1.2980 |
| 23-Aug-04 | 1.3065 |
| 24-Aug-04 | 1.3048 |
| 25-Aug-04 | 1.3047 |
| 26-Aug-04 | 1.3123 |
| 27-Aug-04 | 1.3104 |
| 30-Aug-04 | 1.3174 |
| 31-Aug-04 | 1.3166 |
| 1-Sep-04 | 1.3071 |
| 2-Sep-04 | 1.2995 |
| 3-Sep-04 | 1.3005 |
| 6-Sep-04 | ND |
| 7-Sep-04 | 1.2882 |
| 8-Sep-04 | 1.2905 |
| 9-Sep-04 | 1.2878 |
| 10-Sep-04 | 1.2880 |
| 13-Sep-04 | 1.3000 |
| 14-Sep-04 | 1.2920 |
| 15-Sep-04 | 1.2987 |
| 16-Sep-04 | 1.2914 |
| 17-Sep-04 | 1.3002 |
| 20-Sep-04 | 1.2944 |
| 21-Sep-04 | 1.2886 |
| 22-Sep-04 | 1.2816 |

| Date | Rate |
|---|---|
| 23-Sep-04 | 1.2762 |
| 24-Sep-04 | 1.2763 |
| 27-Sep-04 | 1.2738 |
| 28-Sep-04 | 1.2754 |
| 29-Sep-04 | 1.2730 |
| 30-Sep-04 | 1.2648 |
| 1-Oct-04 | 1.2629 |
| 4-Oct-04 | 1.2726 |
| 5-Oct-04 | 1.2625 |
| 6-Oct-04 | 1.2592 |
| 7-Oct-04 | 1.2577 |
| 8-Oct-04 | 1.2512 |
| 11-Oct-04 | ND |
| 12-Oct-04 | 1.2575 |
| 13-Oct-04 | 1.2640 |
| 14-Oct-04 | 1.2528 |
| 15-Oct-04 | 1.2520 |
| 18-Oct-04 | 1.2550 |
| 19-Oct-04 | 1.2542 |
| 20-Oct-04 | 1.2432 |
| 21-Oct-04 | 1.2426 |
| 22-Oct-04 | 1.2379 |
| 25-Oct-04 | 1.2232 |
| 26-Oct-04 | 1.2246 |
| 27-Oct-04 | 1.2253 |
| 28-Oct-04 | 1.2194 |
| 29-Oct-04 | 1.2209 |
| 1-Nov-04 | 1.2229 |
| 2-Nov-04 | 1.2263 |
| 3-Nov-04 | 1.2121 |
| 4-Nov-04 | 1.2053 |
| 5-Nov-04 | 1.1981 |
| 8-Nov-04 | 1.1925 |
| 9-Nov-04 | 1.1950 |
| 10-Nov-04 | 1.1977 |
| 11-Nov-04 | ND |
| 12-Nov-04 | 1.1919 |
| 15-Nov-04 | 1.2032 |
| 16-Nov-04 | 1.1932 |
| 17-Nov-04 | 1.1925 |
| 18-Nov-04 | 1.2070 |
| 19-Nov-04 | 1.1928 |
| 22-Nov-04 | 1.1848 |
| 23-Nov-04 | 1.1865 |
| 24-Nov-04 | 1.1813 |
| 25-Nov-04 | ND |
| 26-Nov-04 | 1.1775 |
| 29-Nov-04 | 1.1846 |
| 30-Nov-04 | 1.1902 |
| 1-Dec-04 | 1.1856 |
| 2-Dec-04 | 1.1899 |
| 3-Dec-04 | 1.1976 |
| 6-Dec-04 | 1.2012 |
| 7-Dec-04 | 1.2088 |
| 8-Dec-04 | 1.2248 |
| 9-Dec-04 | 1.2253 |
| 10-Dec-04 | 1.2273 |
| 13-Dec-04 | 1.2286 |
| 14-Dec-04 | 1.2377 |
| 15-Dec-04 | 1.2229 |
| 16-Dec-04 | 1.2363 |
| 17-Dec-04 | 1.2257 |
| 20-Dec-04 | 1.2297 |
| 21-Dec-04 | 1.2271 |
| 22-Dec-04 | 1.2401 |
| 23-Dec-04 | 1.2358 |

| Date | Rate |
|---|---|
| 24-Dec-04 | 1.2291 |
| 27-Dec-04 | 1.2160 |
| 28-Dec-04 | 1.2185 |
| 29-Dec-04 | 1.2165 |
| 30-Dec-04 | 1.2064 |
| 31-Dec-04 | 1.2034 |
| 3-Jan-05 | 1.2108 |
| 4-Jan-05 | 1.2248 |
| 5-Jan-05 | 1.2236 |
| 6-Jan-05 | 1.2371 |
| 7-Jan-05 | 1.2333 |
| 10-Jan-05 | 1.2194 |
| 11-Jan-05 | 1.2142 |
| 12-Jan-05 | 1.1982 |
| 13-Jan-05 | 1.2005 |
| 14-Jan-05 | 1.2188 |
| 17-Jan-05 | ND |
| 18-Jan-05 | 1.2217 |
| 19-Jan-05 | 1.2268 |
| 20-Jan-05 | 1.2334 |
| 21-Jan-05 | 1.2211 |
| 24-Jan-05 | 1.2258 |
| 25-Jan-05 | 1.2381 |
| 26-Jan-05 | 1.2307 |
| 27-Jan-05 | 1.2366 |
| 28-Jan-05 | 1.2422 |
| 31-Jan-05 | 1.2396 |
| 1-Feb-05 | 1.2405 |
| 2-Feb-05 | 1.2408 |
| 3-Feb-05 | 1.2424 |
| 4-Feb-05 | 1.2495 |
| 7-Feb-05 | 1.2562 |
| 8-Feb-05 | 1.2476 |
| 9-Feb-05 | 1.2511 |
| 10-Feb-05 | 1.2406 |
| 11-Feb-05 | 1.2380 |
| 14-Feb-05 | 1.2342 |
| 15-Feb-05 | 1.2336 |
| 16-Feb-05 | 1.2421 |
| 17-Feb-05 | 1.2310 |
| 18-Feb-05 | 1.2294 |
| 21-Feb-05 | ND |
| 22-Feb-05 | 1.2301 |
| 23-Feb-05 | 1.2402 |
| 24-Feb-05 | 1.2435 |
| 25-Feb-05 | 1.2407 |
| 28-Feb-05 | 1.2295 |
| 1-Mar-05 | 1.2425 |
| 2-Mar-05 | 1.2395 |
| 3-Mar-05 | 1.2463 |
| 4-Mar-05 | 1.2324 |
| 7-Mar-05 | 1.2300 |
| 8-Mar-05 | 1.2163 |
| 9-Mar-05 | 1.2064 |
| 10-Mar-05 | 1.2050 |
| 11-Mar-05 | 1.2041 |
| 14-Mar-05 | 1.2087 |
| 15-Mar-05 | 1.2064 |
| 16-Mar-05 | 1.2038 |
| 17-Mar-05 | 1.2028 |
| 18-Mar-05 | 1.2027 |
| 21-Mar-05 | 1.2110 |
| 22-Mar-05 | 1.2017 |
| 23-Mar-05 | 1.2133 |
| 24-Mar-05 | 1.2150 |
| 25-Mar-05 | 1.2180 |

| Date | Rate |
|---|---|
| 28-Mar-05 | 1.2034 |
| 29-Mar-05 | 1.2135 |
| 30-Mar-05 | 1.2164 |
| 31-Mar-05 | 1.2094 |
| 1-Apr-05 | 1.2146 |
| 4-Apr-05 | 1.2202 |
| 5-Apr-05 | 1.2198 |
| 6-Apr-05 | 1.2216 |
| 7-Apr-05 | 1.2205 |
| 8-Apr-05 | 1.2252 |
| 11-Apr-05 | 1.2330 |
| 12-Apr-05 | 1.2408 |
| 13-Apr-05 | 1.2365 |
| 14-Apr-05 | 1.2417 |
| 15-Apr-05 | 1.2420 |
| 18-Apr-05 | 1.2482 |
| 19-Apr-05 | 1.2409 |
| 20-Apr-05 | 1.2388 |
| 21-Apr-05 | 1.2384 |
| 22-Apr-05 | 1.2342 |
| 25-Apr-05 | 1.2372 |
| 26-Apr-05 | 1.2462 |
| 27-Apr-05 | 1.2465 |
| 28-Apr-05 | 1.2508 |
| 29-Apr-05 | 1.2568 |
| 2-May-05 | 1.2552 |
| 3-May-05 | 1.2541 |
| 4-May-05 | 1.2502 |
| 5-May-05 | 1.2448 |
| 6-May-05 | 1.2429 |
| 9-May-05 | 1.2377 |
| 10-May-05 | 1.2373 |
| 11-May-05 | 1.2474 |
| 12-May-05 | 1.2493 |
| 13-May-05 | 1.2625 |
| 16-May-05 | 1.2703 |
| 17-May-05 | 1.2664 |
| 18-May-05 | 1.2618 |
| 19-May-05 | 1.2627 |
| 20-May-05 | 1.2627 |
| 23-May-05 | 1.2578 |
| 24-May-05 | 1.2612 |
| 25-May-05 | 1.2641 |
| 26-May-05 | 1.2680 |
| 27-May-05 | 1.2585 |
| 30-May-05 | ND |
| 31-May-05 | 1.2512 |
| 1-Jun-05 | 1.2471 |
| 2-Jun-05 | 1.2473 |
| 3-Jun-05 | 1.2483 |
| 6-Jun-05 | 1.2447 |
| 7-Jun-05 | 1.2471 |
| 8-Jun-05 | 1.2440 |
| 9-Jun-05 | 1.2549 |
| 10-Jun-05 | 1.2492 |
| 13-Jun-05 | 1.2578 |
| 14-Jun-05 | 1.2554 |
| 15-Jun-05 | 1.2397 |
| 16-Jun-05 | 1.2376 |
| 17-Jun-05 | 1.2350 |
| 20-Jun-05 | 1.2319 |
| 21-Jun-05 | 1.2310 |
| 22-Jun-05 | 1.2351 |
| 23-Jun-05 | 1.2311 |
| 24-Jun-05 | 1.2329 |
| 27-Jun-05 | 1.2307 |

| Date | Rate |
|---|---|
| 28-Jun-05 | 1.2310 |
| 29-Jun-05 | 1.2263 |
| 30-Jun-05 | 1.2256 |
| 1-Jul-05 | 1.2418 |
| 4-Jul-05 | ND |
| 5-Jul-05 | 1.2437 |
| 6-Jul-05 | 1.2365 |
| 7-Jul-05 | 1.2288 |
| 8-Jul-05 | 1.2207 |
| 11-Jul-05 | 1.2115 |
| 12-Jul-05 | 1.2048 |
| 13-Jul-05 | 1.2073 |
| 14-Jul-05 | 1.2071 |
| 15-Jul-05 | 1.2206 |
| 18-Jul-05 | 1.2154 |
| 19-Jul-05 | 1.2186 |
| 20-Jul-05 | 1.2218 |
| 21-Jul-05 | 1.2177 |
| 22-Jul-05 | 1.2180 |
| 25-Jul-05 | 1.2194 |
| 26-Jul-05 | 1.2291 |
| 27-Jul-05 | 1.2341 |
| 28-Jul-05 | 1.2345 |
| 29-Jul-05 | 1.2257 |
| 1-Aug-05 | 1.2136 |
| 2-Aug-05 | 1.2122 |
| 3-Aug-05 | 1.2128 |
| 4-Aug-05 | 1.2119 |
| 5-Aug-05 | 1.2185 |
| 8-Aug-05 | 1.2132 |
| 9-Aug-05 | 1.2140 |
| 10-Aug-05 | 1.2113 |
| 11-Aug-05 | 1.2025 |
| 12-Aug-05 | 1.1946 |
| 15-Aug-05 | 1.1968 |
| 16-Aug-05 | 1.1980 |
| 17-Aug-05 | 1.2070 |
| 18-Aug-05 | 1.2178 |
| 19-Aug-05 | 1.2152 |
| 22-Aug-05 | 1.2040 |
| 23-Aug-05 | 1.1981 |
| 24-Aug-05 | 1.1956 |
| 25-Aug-05 | 1.1888 |
| 26-Aug-05 | 1.1949 |
| 29-Aug-05 | 1.1965 |
| 30-Aug-05 | 1.1919 |
| 31-Aug-05 | 1.1893 |
| 1-Sep-05 | 1.1855 |
| 2-Sep-05 | 1.1880 |
| 5-Sep-05 | ND |
| 6-Sep-05 | 1.1867 |
| 7-Sep-05 | 1.1855 |
| 8-Sep-05 | 1.1822 |
| 9-Sep-05 | 1.1749 |
| 12-Sep-05 | 1.1854 |
| 13-Sep-05 | 1.1800 |
| 14-Sep-05 | 1.1823 |
| 15-Sep-05 | 1.1863 |
| 16-Sep-05 | 1.1826 |
| 19-Sep-05 | 1.1691 |
| 20-Sep-05 | 1.1704 |
| 21-Sep-05 | 1.1682 |
| 22-Sep-05 | 1.1668 |
| 23-Sep-05 | 1.1713 |
| 26-Sep-05 | 1.1770 |
| 27-Sep-05 | 1.1777 |

| Date | Rate |
|---|---|
| 28-Sep-05 | 1.1725 |
| 29-Sep-05 | 1.1607 |
| 30-Sep-05 | 1.1657 |
| 3-Oct-05 | 1.1720 |
| 4-Oct-05 | 1.1793 |
| 5-Oct-05 | 1.1815 |
| 6-Oct-05 | 1.1746 |
| 7-Oct-05 | ND |
| 10-Oct-05 | 1.1754 |
| 11-Oct-05 | 1.1706 |
| 12-Oct-05 | 1.1836 |
| 13-Oct-05 | 1.1854 |
| 14-Oct-05 | 1.1801 |
| 17-Oct-05 | 1.1802 |
| 18-Oct-05 | 1.1776 |
| 19-Oct-05 | 1.1763 |
| 20-Oct-05 | 1.1842 |
| 21-Oct-05 | 1.1887 |
| 24-Oct-05 | 1.1768 |
| 25-Oct-05 | 1.1703 |
| 26-Oct-05 | 1.1695 |
| 27-Oct-05 | 1.1769 |
| 28-Oct-05 | 1.1796 |
| 31-Oct-05 | 1.1765 |
| 1-Nov-05 | 1.1806 |
| 2-Nov-05 | 1.1817 |
| 3-Nov-05 | 1.1815 |
| 4-Nov-05 | 1.1898 |
| 7-Nov-05 | 1.1885 |
| 8-Nov-05 | 1.1857 |
| 9-Nov-05 | 1.1876 |
| 10-Nov-05 | ND |
| 11-Nov-05 | 1.1960 |
| 14-Nov-05 | 1.1942 |
| 15-Nov-05 | 1.1918 |
| 16-Nov-05 | 1.1864 |
| 17-Nov-05 | 1.1907 |
| 18-Nov-05 | 1.1820 |
| 21-Nov-05 | 1.1771 |
| 22-Nov-05 | 1.1720 |
| 23-Nov-05 | ND |
| 24-Nov-05 | 1.1691 |

Release dates | Daily update | Dollar indexes, summary measures
Currency weights | Historical data | About

Statistical releases

Home | Economic research and data
Accessibility | Contact Us
Last update: November 28, 2005