Customize Your Visit | MyGSA

**GSA U.S. General Services Administration**

HOME | BUILDINGS | PRODUCTS | SERVICES | TECHNOLOGY | POLICY | ABOUT GSA

Per Diem
Overview
FAQ
Per Diem Rates
FY06 Per Diem Highlights
Meals and Incidental Expense Breakdown
Factors Influencing Lodging Rates
Archived Files

Home > Policy > Travel Management > Per Diem > Per Diem Rates

# New York - FY 02

Cities not appearing below may be located within a county for which rates are listed. To determine what county a city is located in, click here for the National Association of Counties (NACO) website (a non-federal website).

NOTE: If neither the city nor the county is listed, the location is a standard CONUS destination with a rate of $55.00 for lodging and $30.00 for meals and incidental expenses (M&IE).

Select another State

| Key city (1) | County (2, 3) | Max Lodging (excl. taxes) | M&IE Rate | Max Per Diem Rate (4) | First & Last Day (75% of M&IE) |
|---|---|---|---|---|---|
| ALBANY | ALBANY | 96 | 42 | 138 | 31.5 |
| BUFFALO | ERIE | 78 | 42 | 120 | 31.5 |
| GLENS FALLS (June 1 - September 30) | WARREN | 74 | 34 | 108 | 25.5 |
| GLENS FALLS (October 1 - May 31) | WARREN | 55 | 34 | 89 | 25.5 |
| ITHACA | TOMPKINS | 69 | 34 | 103 | 25.5 |
| KINGSTON | ULSTER | 79 | 38 | 117 | 28.5 |
| LAKE PLACID (June 15 - October 15) | ESSEX | 86 | 38 | 124 | 28.5 |
| LAKE PLACID (October 16 - June 14) | ESSEX | 59 | 38 | 97 | 28.5 |
| MANHATTAN | THE BOROUGH OF MANHATTAN (EFFECTIVE 10/1/01--12/31/01) | 198 | 46 | 244 | 34.5 |
| MANHATTAN | THE BOROUGH OF MANHATTAN (EFFECTIVE 10/1/01--12/31/01) | 208 | 46 | 254 | 34.5 |
| NASSAU COUNTY / GREAT NECK | NASSAU | 190 | 42 | 232 | 31.5 |
| NIAGARA FALLS (May 1 - October 31) | NIAGARA | 89 | 34 | 123 | 25.5 |
| NIAGARA FALLS (November 1 - April 30) | NIAGARA | 55 | 34 | 89 | 25.5 |
| NYACK / PALISADES (April 1 - September 30) | ROCKLAND | 67 | 38 | 105 | 28.5 |
| NYACK / PALISADES (October 1 - March 31) | ROCKLAND | 57 | 38 | 95 | 28.5 |
| OWEGO | TIOGA | 73 | 30 | 103 | 22.5 |
| POUGHKEEPSIE | DUTCHESS | 74 | 38 | 112 | 28.5 |
| ROCHESTER | MONROE | 83 | 42 | 125 | 31.5 |
| SARATOGA SPRINGS (July 1 - October 31) | SARATOGA | 95 | 38 | 133 | 28.5 |

| Location | County | Lodging | M&IE | Total | |
|---|---|---|---|---|---|
| SARATOGA SPRINGS (November 1 - June 30) | SARATOGA | 75 | 38 | 113 | 28.5 |
| STATEN ISLAND | RICHMOND | 120 | 42 | 162 | 31.5 |
| SUFFOLK COUNTY | SUFFOLK | 149 | 38 | 187 | 28.5 |
| SYRACUSE | ONONDAGA | 70 | 34 | 104 | 25.5 |
| TARRYTOWN | WESTCHESTER (EXCEPT WHITE PLAINS) | 114 | 42 | 156 | 31.5 |
| THE BRONX / BROOKLYN / QUEENS | THE BOROUGHS OF THE BRONX, BROOKLYN AND QUEENS (EFFECTIVE 10/1/01--12/31/01) | 170 | 46 | 216 | 34.5 |
| THE BRONX / BROOKLYN / QUEENS | THE BOROUGHS OF THE BRONX, BROOKLYN AND QUEENS (EFFECTIVE 10/1/01--12/31/01) | 168 | 46 | 214 | 34.5 |
| WATERLOO / ROMULUS (June 15 - September 15) | SENECA | 89 | 34 | 123 | 25.5 |
| WATERLOO / ROMULUS (September 16 - June 14) | SENECA | 69 | 34 | 103 | 25.5 |
| WATKINS GLEN | SCHUYLER | 59 | 34 | 93 | 25.5 |
| WEST POINT | ORANGE COUNTY | 121 | 34 | 155 | 25.5 |
| WHITE PLAINS | CITY LIMITS OF WHITE PLAINS (SEE WESTCHESTER COUNTY) | 165 | 42 | 207 | 31.5 |

Help | Sitemap | Accessibility Aids | Linking | Privacy and Security
Also of Interest:    Whitehouse.gov | FirstGov.gov | E-Gov.gov | Other Suggested Sites

http://www.gsa.gov/Portal/gsa/ep/contentView.do?queryYear=2002&contentType=GSA_BASIC&conten...    12/5/2005

# THE MICHELANGELO

152 West 51st Street  New York, New York 10019  Tel. (212) 765-1900  Fax (212) 541-6604
www.michelangelohotel.com

```
Ms. Irene Leszkowicz
28 Hillside
Pointe Claire
H9S 5E3 Quebec
CHINA
```

| | | | Room | 426 |
|---|---|---|---|---|
| Arrival | 04/30/02 | | Cashier | 21 |
| Departure | 05/02/02 | | Page | 1 |

S T A T E M E N T        THE MICHELANGELO HOTEL NEW YORK, 05/02/02

| Date | Text | Room | Charges | Credits |
|---|---|---|---|---|
| 04/30 | Room Charge | 426 | 245.00 | |
| 04/30 | Tax - Room 8.25% | | 20.21 | |
| 04/30 | Tax - City 5% | | 12.25 | |
| 04/30 | Tax - Occupancy | | 2.00 | |
| 04/30 | Telephone-Long Distance ->#7426 : 0-0000 | | 0.75 | |
| 05/01 | Room Charge | | 245.00 | |
| 05/01 | Tax - Room 8.25% | | 20.21 | |
| 05/01 | Tax - City 5% | | 12.25 | |
| 05/01 | Tax - Occupancy | | 2.00 | |
| 05/01 | Telephone-Long Distance ->#7426 : 800-225-5288 | | 0.75 | |
| 05/02 | Mastercard ->5191230001744185    03/04 | | | 560.42 |
| | Total | | 560.42 | 560.42 |
| | Balance | | 0.00 $ | |

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

SIGNATURE _____

Irene Leszkowicz
28 Hillside Avenue
Pointe-Claire, Quebec
H9S 5E3
Canada
July 16, 2002

Mon mannequin virtuel inc.
1001, rue Sherbrooke E., 7e étage
Montréal (Québec)
Canada
H2L 1L3

Re: Korszun, et al. v. PTM, et al.

Dear Ms. Caroline Lemoine

REDACTED

      Also included is the list of expenses incurred for the trip for the expert witness depositions. I have included scanned versions of the receipts, please let me know if you would like me to mail you the originals.

REDACTED

REDACTED

| Expenses CDN$ | Trip to NY for Depositions Apr. 30 to May 2, 2002 | | | |
|---|---|---|---|---|
| Date | Description | Cost | Receipt attached | Comments |
| 30-Apr | Airfare | $1,237.26 | Y | |
| | Taxi | $10.00 | n | Home to Dorval Airport |
| | AIF | $15.00 | Y | Airport Improvement Fee |
| Subtotal | | $1,262.26 | | |
| | | | | |
| Expenses US$ | Trip to NY for Depositions | | | |
| | Hotel | $560.42 | y | |
| | Supper | $41.24 | y | |
| 1-May | Supper | $34.40 | y | |
| Subtotal US | | $636.06 | | |
| Exchange | | 1.5917 | | MasterCard rate as appears on my statement |
| Subtotal CDN | | $1,012.42 | | |
| | | | | |
| Total CDN | | $2,274.68 | | |

Yours sincerely


Irene Leszkowicz