UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HENRY KORSZUN, ET AL : | |
|     Plaintiffs : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 3-00-cv-327 (JCH) |
| PUBLIC TECHNOLOGIES : | |
| MULTIMEDIA, INC., ET AL : | JANUARY 27, 2006 |
|     Defendants : | |

**RULING RE:   RESUBMITTED BILL OF COSTS [DKT. NO. 139]**

The defendants have resubmitted a Bill of Costs, after the court's Ruling denying in part its original submission. The defendants have still failed to document what its claimed copying costs were incurred for.

With regard to the court reporter fees, the court denies the Bill of Costs. The court will allow the cost for depositions used in the Motion for Summary Judgment. An invoice is required to demonstrate the pay rate, number of pages, and any associated cost (for the court's review).

The cross-appeal filing fee is a statutory fee, and the court allows it as appropriate.

With regard to witness fees, only fees for witnesses whose deposition was used in connection with Motion for Summary Judgment would be allowed. The court disallows this aspect of the Bill of Costs because the defendant has yet to establish a taxable cost for any of these deponents.

The witness travel costs and subsistence are disallowed because, as defendant points out, the deposition of Ms. Leszkowicz does not appear to have been used in connection with the Motion for Summary Judgment.

The court has already allowed the patent file wrappers in the amount of $278.

For the foregoing reasons, the Resubmitted Bill of Costs is allowed in part and denied in part.  Defendants may resubmit its copying expenses and court reporter costs, with complete and appropriate supporting documentation, used in connection with the Motion for Summary Judgment, if submitted by **February 8, 2006.**

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 27th day of January, 2006.


/s/ Janet C. Hall
Janet C. Hall
United States District Judge