UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HENRY KORSZUN, ET AL. : | CIVIL ACTION NO.: |
|   Plaintiffs, : | 3:00-CV-327 (JCH) |
| : | |
| v. : | |
| : | |
| PUBLIC TECHNOLOGIES : | |
| MULTIMEDIA, INC., ET AL. : | |
| : | |
|   Defendants. : | FEBRUARY 8, 2006 |

### APPEARANCE

Please enter my appearance as attorney for the defendants, Public Technologies Multimedia, Inc., JC Penney Company, Inc., Mattel, Inc. and/or Broderbund Software, Inc. and Lands' End, Inc., in the above-captioned matter.

Dated: February 8, 2006
Hartford, Connecticut

THE DEFENDANTS,
PUBLIC TECHNOLOGIES
MULTIMEDIA, INC., JC PENNEY
COMPANY, INC.; MATTEL, INC.
and/or BRODERBUND SOFTWARE,
INC.; and LANDS' END INC.

By: /s/ Paula Cedillo
Paula Cruz Cedillo
Federal Bar No.: ct 23485
McCARTER & ENGLISH LLP
CityPlace I
185 Asylum Street
Hartford, Connecticut 06103
Tel: 860.275.6700
Fax: 860.724.3397

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been faxed and mailed, postage prepaid on the 8th day of February, 2006 to:

Stephen P. McNamara – CT 01220
St. Onge Steward Johnston & Reens
986 Bedford Street
Stamford, CT  06905
Tel:  (203) 324-6155
Fax:  (203) 327-1096
Attorneys for Plaintiffs

*Paula Cedillo*
Paula Cruz Cedillo