UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HENRY A KORSZUN; WOJTEK W. BOROWSKI and COMPUCLOZ CORPORATION | Civil Action No. 3:00CV327 (JCH) |
| Plaintiffs, | |
| vs. | |
| PUBLIC TECHNOLOGIES MULTIMEDIA, INC.; J.C. PENNEY COMPANY, INC.; MATTEL, INC. and/or BRODERBUND SOFTWARE, INC.; and LANDS' END, INC. | **SECOND RESUBMITTED BILL OF COSTS** |
| Defendants. | |

Pursuant to 28 U.S.C. §§ 1821, 1920, 1923, and 1924, Rule 54(d)(1) of the Federal Rules of Civil Procedure and Rule 54 of the United States District Court, District of Connecticut Local Rules, and as authorized by the Court by order of January 27, 2006 (attached hereto), the defendants, Public Technologies Multimedia, Inc., J.C. Penney Company, Inc., Mattel, Inc., Broderbund Software, Inc., and Lands' End, Inc. request that the clerk tax the costs set forth below against the plaintiffs, Henry A Korszun, Wojtek W. Borowski and Compucloz Corporation. In accordance with 28 U.S.C. §§ 1924 and 1746, attached hereto is the Declaration of Susan E. Quinn in Support of Defendants' Second Resubmitted Bill of Costs, dated February 7, 2006.

ny-678299



## BILL OF COSTS

| | |
|---|---|
| Cost of exemplification and copies of papers necessarily obtained for use in the case | $1,272.80 |
| Fees of the court reporter (Depositions of Frederick Sayward and Carlos Saldanha) | $1,144.50 |
| Fees of the court reporter (Deposition of Irene Leszkowicz) | $439.90 |
| Fees of the Clerk | $255.00 |
| Fees for witness's travel costs | $785.41 |
| Fees for witness's subsistence | $531.00 |
| Fees for patent file wrapper and prior art patents | $278.00 |
| TOTAL | $4,706.61 |

_Paula Cedillo_
Paula Cruz Cedillo (Federal Bar No. CT-23485)
Moyahoena Ogilvie (Federal Bar No. CT 412467)
MCCARTER & ENGLISH
City Place I
185 Asylum Street
Hartford, CT 06103
(860) 275-6797

James E. Hough (Federal Bar No. CT-18286)
Matthew D'Amore (Federal Bar No. CT-18982)
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0012
(212) 468-8000

Attorneys for Defendants

ny-678299

## CERTIFICATE OF SERVICE

This is to certify that a true copy of Defendants' Second Resubmitted Bill of Costs and the Declaration of Susan E. Quinn in Support of Defendants' Second Resubmitted Bill of Costs is being served, by fax and U.S. Mail, on:

>Stephen P. McNamara - CT01220
>ST. ONGE STEWARD JOHNSTON & REENS
>986 Bedford Street
>Stamford, CT 06905
>Tel: (203) 324-6155
>Fax: (203) 327-1096
>Attorneys for Plaintiffs

Date: February 8, 2006

_____
Paula Cruz Cedillo

ny-678299